IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Le Tote, Inc.,<br><br>        Plaintiff,<br><br>   v.<br><br>Urban Outfitters, Inc.,<br><br>        Defendant. | Civil Action No. 2:20-cv-03009-PBT<br><br>Hon. Petrese B. Tucker |

### [PROPOSED] STIPULATED ORDER REGARDING EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT

Pursuant to Local Rule 7.4 and Federal Rule of Civil Procedure 6(b), and subject to the Court's approval, Plaintiff Le Tote, Inc. ("Le Tote") and Defendant Urban Outfitters, Inc. ("Urban"), by and through their undersigned counsel, hereby submit the following Stipulation and [Proposed] Order:

WHEREAS, on June 22, 2020, Le Tote filed its Complaint (ECF No. 1);

WHEREAS, on June 23, 2020, Le Tote served the summons and Complaint on Urban;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), the current deadline for Urban to answer, move, or otherwise respond to the Complaint is July 14, 2020; and

WHEREAS, the parties have conferred, and Le Tote agrees that Urban may have forty-five (45) days from the date of service, up to and including August 7, 2020, to answer, move, or otherwise respond to the Complaint.

WHEREFORE, it is hereby STIPULATED AND AGREED, by and counsel to the parties, that Urban shall file its answer, motion, or other response to the Complaint on or before August 7, 2020.

Dated: July 6, 2020

| | |
|---|---|
| BRAVERMAN KASKEY, PC | MORGAN, LEWIS & BOCKIUS LLP |
| */s/ David L. Braverman* | */s/ Dana E. Becker* |
| David L. Braverman (Pa. ID No. 35145) | Dana E. Becker (Pa. ID No. 209513) |
| One Liberty Place, 56th Floor | 1701 Market Street |
| 1650 Market Street | Philadelphia, PA 19103 |
| Philadelphia, PA 19103 | (215) 963-4628 |
| Phone: (215) 575-3800 | dana.becker@morganlewis.com |
| braver@braverlaw.com | |
| | Douglas W. Baruch (*pro hac vice* forthcoming) |
| COHEN & GRESSER LLP | Neaha P. Raol (*pro hac vice* forthcoming) |
| | Lindsey T. Levy (*pro hac vice* forthcoming) |
| Mark S. Cohen (*pro hac vice* forthcoming) | 1111 Pennsylvania Avenue, NW |
| David F. Lisner (*pro hac vice* forthcoming) | Washington, DC  20004 |
| 800 Third Avenue | Phone: (202) 739-3000 |
| New York, NY 10022 | Facsimile: (202) 739-3001 |
| Phone: (212) 957-7600 | douglas.baruch@morganlewis.com |
| mcohen@cohengresser.com | neaha.raol@morganlewis.com |
| dlisner@cohengresser.com | lindsey.levy@morganlewis.com |
| | *Counsel for Defendant Urban Outfitters, Inc.* |
| Ronald F. Wick (*pro hac vice* forthcoming) | |
| 2001 Pennsylvania Avenue, NW | |
| Suite 300 | |
| Washington, DC 20006 | |
| Phone: (202) 851-2070 | |
| rwick@cohengresser.com | |
| | |
| *Counsel for Plaintiff Le Tote, Inc.* | |

**SO ORDERED**, this \_\_\_\_\_ day of July 2020.

_____
**Hon. Petrese B. Tucker, U.S.D.J.**