# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LE TOTE INC., | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | NO. 20-3009 |
| URBAN OUTFITTERS, INC., | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this ___24th___ day of June 2021, upon consideration of Defendant's Motion to Dismiss (ECF 15) and Plaintiff's Response in Opposition (ECF 16), **IT IS HEREBY ORDERED AND DECREED** that:

1. Defendant's Motion is **DENIED**[1] with respect to Counts I – IV, and;
2. Plaintiff's claim for unfair competition (Count V) is **DISMISSED WITHOUT PREJUDICE**.

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated June 24, 2021