Le Tote, Inc. v. Urban Outfitters, Inc., 2:20-cv-03009
Amended Joint Exhibit List Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(iii)

| Trial Ex. | Party Offering Proposed Exhibit | Date | Description | Confidentiality | Bates Begin | Bates End | Objection(s) | Counter-Objection(s) | Notes |
|---|---|---|---|---|---|---|---|---|---|
| J-1 | Joint | 2/12/2018 | Mutual Non-Disclosure Agreement by and between Urban Outfitters, Inc. and Le Tote, Inc. (fully executed) | | LeTote_011529 | LeTote_011532 | | | |
| J-2 | Joint | 2/19/2018 | Email from Dave Hayne to Grace Liu, Kim Gallagher, Melanie Marein-Efron, Chloe Thompson re: Information Request from Le Tote | | URBAN_000004873 | URBAN_000004877 | | | |
| J-3 | Joint | 3/21/2018 | Email from Dave Hayne to "Folks" re: Canceled: off site | | URBAN_000008676 | URBAN_000008677 | | | |
| J-4 | Joint | Apr-18 | Le Tote Product Roadmap Slide Deck | | LeTote_008264 | LeTote_008294 | | | |
| J-5 | Joint | Apr-18 | Le Tote Customer Insights Slide Deck | | URBAN_000005811 | URBAN_000005831 | | | |
| J-6 | Joint | 5/2/2018 | Project Thermal: Board of Directors Meeting Slide Deck | Highly Confidential - Attorneys' Eyes Only | URBAN_000000222 | URBAN_000000237 | | | |
| J-7 | Joint | 1/18/2018 | Email from Frank Conforti to Chloe Thompson, Melanie Marein-Efron, and Dave Hayne FW: Le Tote | | URBAN_000016593 | URBAN_000016594 | | | |
| J-8 | Joint | | Document Titled "List of Vendors, Consultants, & Experts (30(b)(6) Deposition | Highly Confidential - Attorneys' Eyes Only | none | none | | | |
| J-9 | Joint | 2/27/2018 | Urban Outfitters, Inc. Board of Directors Meeting Agenda | Highly Confidential - Attorneys' Eyes Only | URBAN_000018551 | URBAN_000018564 | | | |
| J-10 | Joint | 5/2/2018 | Minutes of the Board of Directors Meeting of Urban Outfitters, Inc. | Highly Confidential - Attorneys' Eyes Only | URBAN_000018565 | URBAN_000018567 | | | |
| J-11 | Joint | 10/12/2018 | Rental Tech Decision Slide Deck | Highly Confidential - Attorneys' Eyes Only | URBAN_000019482 | URBAN_000019488 | | | |
| J-12 | Joint | 9/10/2018 | Subscription Rental Business Plan | Highly Confidential - Attorneys' Eyes Only | URBAN_000016187 | URBAN_000016208 | | | REPLACED WITH COLOR IMAGES |
| J-13 | Joint | 8/28/2018 | Subscription Rental Business Plan | Highly Confidential - Attorneys' Eyes Only | URBAN_000007980 | URBAN_000008022 | | | |
| J-14 | Joint | 12/4/2018 | Subscription Rental Quarterly Update | Highly Confidential - Attorneys' Eyes Only | URBAN_000019490 | URBAN_000019504 | | | |
| J-15 | Joint | 9/25/2018 | Subscription Rental Business Plan | Highly Confidential - Attorneys' Eyes Only | URBAN_000011338 | URBAN_000011398 | | | |
| J-16 | Joint | 4/23/2018 | Email from Frank Conforti to Dick Hayne and Dave Hayne RE: Exec meeting | | URBAN_000003606 | URBAN_000003607 | | | |
| J-17 | Joint | 4/24/2018 | Email from Calvin Hollinger to John Devine FW: LeTote Build Versus Buy - My Opinion | | URBAN_000007187 | URBAN_000007188 | | | |
| J-18 | Joint | 6/5/2018 | Urban Outfitters, Inc. Board of Directors Meeting Agenda | Highly Confidential - Attorneys' Eyes Only | URBAN_000019928 | URBAN_000019933 | | | |
| J-19 | Joint | | Document Titled "Cleaning, Finishing, QA" | | URBAN_000019084 | URBAN_000019085 | | | |
| J-20 | Joint | | Document Titled "Inspection" | | URBAN_000019131 | URBAN_000019136 | | | |
| J-21 | Joint | | Document Titled "Picking" | | URBAN_000019144 | URBAN_000019145 | | | |
| J-22 | Joint | | Document Titled "Put Away" | | URBAN_000019164 | URBAN_000019165 | | | |
| J-23 | Joint | | Document Titled "Receiving - DC" | | URBAN_000019160 | URBAN_000019163 | | | |
| J-24 | Joint | | Document Titled "Returns" | | URBAN_000019129 | URBAN_000019130 | | | |
| J-25 | Joint | | Document Titled "Packing - Archive" | | URBAN_000019091 | URBAN_000019092 | | | |
| J-26 | Joint | | "RMS Project Schedule" Tracking Spreadsheet | | URBAN_000019094 | URBAN_000019115 | | | |
| J-27 | Joint | | Recommendations | | URBAN_000019151 | URBAN_000019159 | | | |
| J-28 | Joint | 7/20/2022 | Nuuly Cumulative Investment | Highly Confidential | none | none | | | |
| J-29 | Joint | 9/15/2022 | Le Tote's Supplemental Responses to Urban's Interrogatory Nos. 1-5 and 16 with Verification of E. Kremer | | none | none | | | |
| J-30 | Joint | | List of Virtual Data Room When Established | | Datasite000005 | Datasite000005 | | | |
| J-31 | Joint | | LeTote 2017 Calendar Year End Balance Sheet | | LeTote_009166 | LeTote_009166 | | | |
| J-32 | Joint | | 2016 Le Tote Audited Financial Statements | | LeTote_025741 | LeTote_025768 | | | |
| J-33 | Joint | | LeTote 2018 Calendar Year End Balance Sheet | | LeTote_025769 | LeTote_025769 | | | |
| J-34 | Joint | | LeTote 2014 Calendar Year End Balance Sheet | | LeTote016842 | LeTote016842 | | | |
| J-35 | Joint | | LeTote 2015 Calendar Year End Balance Sheet | | LeTote028506 | LeTote028506 | | | |
| J-36 | Joint | | Case Study "URBN reinvented warehousing with their new cloud-based management system" | | LeTote057621 | LeTote057624 | | | |
| J-37 | Joint | 4/1/2019 | 2019 SEC Form 10-K Filing of Urban Outfitters | none | none | none | | | |
| J-38 | Joint | 3/31/2020 | 2020 SEC Form 10-K Filing of Urban Outfitters | none | none | none | | | |
| J-39 | Joint | 4/1/2021 | 2021 SEC Form 10-K Filing of Urban Outfitters | none | none | none | | | |
| J-40 | Joint | 4/1/2022 | 2022 SEC Form 10-K Filing of Urban Outfitters | none | none | none | | | |
| J-41 | Joint | 4/13/2018 | Email from Frank Conforti to Ed Paolella, Kirsten Comley, Chloe Thompson, Azeez Hayne, Melanie Marein-Efron, Dave Hayne, Oona McCullough, Calvin Hollinger, Barbara Rozsas, and John Devine re: Le Tote | | URBAN_000016582 | URBAN_000016584 | | | |
| J-42 | Joint | | Nuuly 2022 Fiscal Year Income Statement Summary | Highly Confidential | URBAN_000019062 | URBAN_000019062 | | | |
| J-43 | Joint | | Document Titled "Assign Fingerprints" with Sections Titled "Summary" and "Web Application Requirements" | | URBAN_000019093 | URBAN_000019093 | | | |

Le Tote, Inc. v. Urban Outfitters, Inc., 2:20-cv-03009
Amended Joint Exhibit List Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(iii)

| Trial Ex. | Party Offering Proposed Exhibit | Date | Description | Confidentiality | Bates Begin | Bates End | Objection(s) | Counter-Objection(s) | Notes |
|---|---|---|---|---|---|---|---|---|---|
| J-44 | Joint | 10/22/2020 | Order (A) Approving the Asset Purchase Agreement, (B) Authorizing the Sale of Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (C) Authorizing the Assumption and Assignment of Contracts and Leases, and (D) Granting Related Relief filed in *In re Le Tote, Inc. et al.*, No. 20-33332-KLP (Bankr. E.D. Va.) at ECF No. 473 | none | none | none | | | |
| J-45 | Joint | 12/7/2020 | Debtors' Report for the Sale of the Acquired Assets Pursuant to Local Bankruptcy Rule 6004-2 filed in *In re Le Tote, Inc. et al.* filed in *In re Le Tote, Inc. et al.*, No. 20-33332-KLP (Bankr. E.D. Va.) at ECF No. 645 | none | none | none | | | |
| J-46 | Joint | 10/12/2018 | Email from Dave Hayne to Calvin Hollinger Re: Subscription | | URBAN_000019481 | URBAN_000019481 | | | Attachment is J-011 |
| P-1 | Le Tote | Apr-18 | Le Tote Engineering, Product, & Design Slide Deck | | URBAN_000000295 | URBAN_000000318 | Hearsay (Rule 801 and 802) | Records of a Regularly Conducted Activity (Rule 803(6)) | |
| P-2 | Le Tote | | "Competition" analysis document | | URBAN_000000249 | URBAN_000000252 | Hearsay (Rule 801 and 802) | Records of a Regularly Conducted Activity (Rule 803(6)) | |
| P-3 | Le Tote | Jan-18 | Le Tote Front-End Technology Platform Slide Deck | | URBAN_000000253 | URBAN_000000271 | Hearsay (Rule 801 and 802) | Records of a Regularly Conducted Activity (Rule 803(6)) | |
| P-4 | Le Tote | 3/8/2018 | Email from Kim Gallagher to Grace Liu, Melanie Marein-Efron, Dave Hayne, and Chloe Thompson re: Le Tote Supplemental Information Summary | | URBAN_000005951 | URBAN_000005953 | Hearsay (Rule 801 and 802) | Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)) | |
| P-5 | Le Tote | 5/2/2018 | Email from Joe Stratter to Kim Gallagher re: What am I Missing? | | URBAN_000005777 | URBAN_000005778 | | | |
| P-6 | Le Tote | 5/8/2019 | Email from Frank Conforti to Ed Paolella and Kirsten Compley FW: RTR research | | URBAN_000007096 | URBAN_000007096 | | | Attachment is P-007 |
| P-7 | Le Tote | Apr-19 | Earnest Research Report "Rent the Runway: Impact of changing consumer behavior on high end apparel retail" | | URBAN_000007097 | URBAN_000007104 | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Not offered for the truth of the matter asserted (Rule 801 (c)(3)). Foundation to be established at trial. | |
| P-8 | Le Tote | | Executive Committee Meeting: Subscription - Rental for Apparel | | URBAN_000000003 | URBAN_000000006 | | | |
| P-9 | Le Tote | 3/29/2018 | Email from Melanie Marein-Efron to Frank Conforti and Chloe Thompson re: Le Tote (Big shift in rental strategy is coming) | | URBAN_000003399 | URBAN_000003400 | | | |
| P-10 | Le Tote | 4/19/2018 | Email from Frank Conforti to Dick Hayne re: Valuation & Timing | | URBAN_000004973 | URBAN_000004973 | | | |
| P-11 | Le Tote | 4/25/2018 | Email from Frank Conforti to Melanie Marein-Efron RE: Thermal Latest Model | | URBAN_000003609 | URBAN_000003610 | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Opposing party's statement does not qualify as hearsay Rule 801(d)(2). Foundation to be established at trial. | |
| P-12 | Le Tote | 4/23/2018 | Email from Chloe Thompson to Kaity Miller FW: URBN Materials for Goldman Meeting | | URBAN_000005320 | URBAN_000005320 | | | Attachment is P-012 |
| P-13 | Le Tote | 4/23/2018 | Goldman Sachs & Co. LLC Preliminary Valuation Materials: Project Thermal Slide Deck | Highly Confidential - Attorneys' Eyes Only | URBAN_000005321 | URBAN_000005360 | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Records of a Regularly Conducted Activity (Rule 803(6)). Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. | |
| P-14 | Le Tote | 5/1/2018 | Email from Melanie Marein-Efron to Gabriel Weissmann, Kathy Elsesser, Cosmo Roe, Vishaal Rana, Ryan Mayes, Frank Conforti, and Chloe Thompson re: Project Thermal Board Deck Changes | | URBAN_000004701 | URBAN_000004702 | | | |
| P-15 | Le Tote | 4/30/2018 | Email from Frank Conforti to URBN Board re: Project Thermal BOD Final for Pre-Read | | URBAN_000005288 | URBAN_000005288 | | | Attachment is P-015 |
| P-16 | Le Tote | 4/30/2018 | Urban Outfitters, Inc. Project Thermal: Board of Directors Meeting Slide Deck | Highly Confidential - Attorneys' Eyes Only | URBAN_000005289 | URBAN_000005304 | | | |
| P-17 | Le Tote | 5/2/2018 | Email from Chloe Thompson to Kaity Miller and Grace Liu FW: Additional Materials for Wednesday | | URBAN_000005278 | URBAN_000005279 | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. | Attachment is P-018 |
| P-18 | Le Tote | 5/2/2018 | Goldman Sachs & Co. LLC Discussion Materials for the Board of Directors, Urban Outfitters, Project Thermal Slide Deck | Highly Confidential - Attorneys' Eyes Only | URBAN_000005280 | URBAN_000005287 | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Records of a Regularly Conducted Activity (Rule 803(6)). Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. | |
| P-19 | Le Tote | 5/1/2018 | Email from Josiah Nedd to Kaity Miller and Melanie Marein-Efron re: Thermal Consolidated v5.xlsx | | URBAN_000005381 | URBAN_000005381 | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. | Attachment is P-020 |
| P-20 | Le Tote | 5/1/2018 | Thermal Consolidated v5.xlsx | | URBAN_000005382 | URBAN_000005382 | Lack of Foundation (Rule 901) | Foundation to be established at trial. | |
| P-21 | Le Tote | 6/1/2022 | Subpoena to 30(b)(6) to Testify at a Deposition | Highly Confidential - Attorneys' Eyes Only | none | none | | | |

Le Tote, Inc. v. Urban Outfitters, Inc., 2:20-cv-03009
Amended Joint Exhibit List Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(iii)

| Trial Ex. | Party Offering Proposed Exhibit | Date | Description | Confidentiality | Bates Begin | Bates End | Objection(s) | Counter-Objection(s) | Notes |
|---|---|---|---|---|---|---|---|---|---|
| P-22 | Le Tote | 2/23/2018 | Email from John Devine to Urban C-Suite re: Subscription Flow Walkthrough | | URBAN_000007151 | URBAN_000007151 | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. | Attachments are P-023 and P-024 |
| P-23 | Le Tote | 2/23/2018 | Subscription System Flow Chart | | URBAN_000007152 | URBAN_000007153 | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Opposing party's statement does not qualify as hearsay 801(d)(2)). Foundation to be established at trial. | |
| P-24 | Le Tote | 2/23/2018 | Subscription System Notes | | URBAN_000007154 | URBAN_000007154 | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Opposing party's statement does not qualify as hearsay 801(d)(2)). Foundation to be established at trial. | |
| P-25 | Le Tote | | Document Titled "Individuals Who May Have Reviewed Confidential Information Provided by Le Tote Pursuant to NDA" | Highly Confidential - Attorneys' Eyes Only | none | none | | | |
| P-26 | Le Tote | 5/23/2019 | Email from Kim Gallagher to Dave Hayne and J. Stratter Fwd: Gwynnie Bee | | URBAN_000009605 | URBAN_000009605 | | | |
| P-27 | Le Tote | 3/15/2018 | Email from Dave Hayne to Frank Conforti Re: CaaSdle/rental update | | URBAN_000006898 | URBAN_000006899 | Hearsay (Rule 801 and 802) | Opposing party's statement does not qualify as hearsay 801(d)(2)) | |
| P-28 | Le Tote | 4/13/2018 | Email from Dave Hayne to Brett Northart Re: Deeper Tech Call | | LeTote_019316 | LeTote_019317 | | | |
| P-29 | Le Tote | 4/16/2018 | Email from Brett Northart to Dave Hayne Re: Le Tote Tech Deck | | LeTote_008262 | LeTote_008263 | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Records of a Regularly Conducted Activity (Rule 803(6)). Foundation to be established at trial. | |
| P-30 | Le Tote | 4/20/2018 | Le Tote Due Diligence Q+A | | LeTote_023039 | LeTote_023042 | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Records of a Regularly Conducted Activity (Rule 803(6)). Foundation to be established at trial. | |
| P-31 | Le Tote | 4/22/2018 | Email from Dick Hayne to Dave Hayne and Frank Conforti re: Exec Meeting | | URBAN_000003587 | URBAN_000003587 | | | Attachment is P-032 |
| P-32 | Le Tote | 4/22/2018 | Exec Meeting Outine | | URBAN_000003588 | URBAN_000003591 | | | |
| P-33 | Le Tote | 5/11/2018 | Email from Sukhinder Singh Cassidy to Dick Hayne Re: Update on the Update | | URBAN_000006545 | URBAN_000006545 | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. | |
| P-34 | Le Tote | 5/9/2018 | Email from Kim Gallagher to Calvin Hollinger Re: If We Decide To Build Rental/Subscription Internally | | URBAN_000014961 | URBAN_000014962 | Hearsay (Rule 801 and 802) | Opposing party's statement does not qualify as hearsay 801(d)(2)) | |
| P-35 | Le Tote | 7/23/2018 | Email from Philip Nanney to Dave Hayne FWD Info | | URBAN_000016225 | URBAN_000016226 | | | |
| P-36 | Le Tote | 4/11/2018 | Email from Dave Hayne to Dave Hayne RE: Le Tote Office | | URBAN_000003918 | URBAN_000003919 | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Opposing party's statement does not qualify as hearsay 801(d)(2)). Foundation to be established at trial. | |
| P-37 | Le Tote | 4/12/2018 | Email from Dick Hayne to Dave Hayne RE: San Fran | | URBAN_000004030 | URBAN_000004033 | | | |
| P-38 | Le Tote | | Document Titled "Le Tote Trip Objectives & Questions" | | URBAN_000000212 | URBAN_000000214 | Hearsay (Rule 801 and 802) | Records of a Regularly Conducted Activity (Rule 803(6)). | |
| P-39 | Le Tote | 3/22/2018 | Email from Dave Hayne to Dick Hayne re: Rental Thoughts | | URBAN_000019505 | URBAN_000019506 | | | Attachment is P-040 |
| P-40 | Le Tote | 3/22/2018 | "Borrowed By" Press Release | | URBAN_000019507 | URBAN_000019507 | | | |
| P-41 | Le Tote | 9/10/2018 | Email from Philip Nanney to Dave Hayne re: Deck for Logistics Summit | | URBAN_000016186 | URBAN_000016186 | | | |
| P-42 | Le Tote | 2/27/2019 | Email from Josiah Nedd to Colleen McEntee re: Nuuly August Deck | | URBAN_000007979 | URBAN_000007979 | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Opposing party's statement does not qualify as hearsay 801(d)(2)). Foundation to be established at trial. | Attachment is J-013 |
| P-43 | Le Tote | 2/21/2019 | Email from Dave Hayne to Susan Kuhn and Meredith Boice re: Nuuly Modified Deck | | URBAN_000016115 | URBAN_000016115 | | | Attachment is P-044 |
| P-44 | Le Tote | 2/26/2019 | Subscription Rental Quarterly Update | Highly Confidential - Attorneys' Eyes Only | URBAN_000016116 | URBAN_000016126 | | | |
| P-45 | Le Tote | 6/1/2018 | David Hayne Online Journal | | URBAN_000019741 | URBAN_000019776 | Relevance (Rule 402) Hearsay (Rule 801 and 802) Prejudice, Confusion (Rule 403) | Document is relevant to, inter alia , Urban's use of Le Tote's confidential information and state of mind. Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Objection is unclear as to how evidence will cause prejudice or confusion. | |
| P-46 | Le Tote | 5/7/2018 | Email from Dick Hayne to Dave Hayne re: Plan | | URBAN_000004652 | URBAN_000004652 | | | Attachment is P-047 |
| P-47 | Le Tote | 5/7/2018 | Board Presentation: Project Neo-Thermal Business Plan | | URBAN_000004653 | URBAN_000004653 | | | |

Le Tote, Inc. v. Urban Outfitters, Inc., 2:20-cv-03009
Amended Joint Exhibit List Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(iii)

| Trial Ex. | Party Offering Proposed Exhibit | Date | Description | Confidentiality | Bates Begin | Bates End | Objection(s) | Counter-Objection(s) | Notes |
|---|---|---|---|---|---|---|---|---|---|
| P-48 | Le Tote | 2/9/2018 | Email from Chloe Thompson to Dave Hayne FW: Le Tote Notes 2/7/2018 | | URBAN_000016631 | URBAN_000016631 | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. | |
| P-49 | Le Tote | 2/23/2018 | Email from Grace Liu to Dave Hayne, Kim Gallagher, Chloe Thompson, and Melanie Marein-Efron re: Le Tote + Vow To Be Chic Update | | URBAN_000005947 | URBAN_000005948 | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. | |
| P-50 | Le Tote | 2/15/2018 | Email from Grace Liu to Melanie Marein-Efron, Dave Hayne, Kim Gallagher, and Chloe Thompson RE: Le Tote Questions | | URBAN_000003532 | URBAN_000003534 | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. | |
| P-51 | Le Tote | 3/19/2018 | Email from Dave Hayne to Chloe Thompson, Grace Liu, and Melanie Marein-Efron Re: RtR Meeting | | URBAN_000015379 | URBAN_000015381 | | | |
| P-52 | Le Tote | 3/23/2018 | Email from Joe Stratter to Dave Hayne Re: Le Tote Campus Visit - Next Week | | URBAN_000003575 | URBAN_000003576 | | | |
| P-53 | Le Tote | 4/25/2018 | Email from Miran Ahmad to Melanie Marein-Efron, Chloe Thompson, Grace Liu, and Kaity Miller re: Thermal - New Uploads and Q&A Attached | | LeTote_023038 | LeTote_023038 | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. | |
| P-54 | Le Tote | 5/1/2018 | Email from Kaity Miller to Chloe Thompson and Grace Liu Re: Sign of the Times | | URBAN_000004022 | URBAN_000004024 | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)) | |
| P-55 | Le Tote | 5/14/2018 | Email from Frank Conforti to Kim Gallagher, Dave Hayne, and Joe Stratter re: Outline | | URBAN_000006155 | URBAN_000006155 | | | Attachment is P-056 |
| P-56 | Le Tote | 5/14/2018 | BOD-Rental Outline Board Presentation: Project Neo-Thermal Business Plan | Confidential | URBAN_000006156 | URBAN_000006160 | | | |
| P-57 | Le Tote | 2/20/2018 | Email from Dave Hayne to Frank Conforti and Azeez Hayne Re: Le Tote Intel | | URBAN_000015480 | URBAN_000015481 | Hearsay (Rule 801 and 802) | Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. | |
| P-58 | Le Tote | 4/12/2018 | Email from Frank Conforti to Dick Hayne and Dave Hayne re: San Fran | | URBAN_000003985 | URBAN_000003986 | Hearsay (Rule 801 and 802) | Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. | |
| P-59 | Le Tote | 4/12/2018 | Email from Frank Conforti to Kathy Elsesser of Goldman Sachs re: Following Up | | URBAN_000006924 | URBAN_000006924 | Hearsay (Rule 801 and 802) | Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. | |
| P-60 | Le Tote | 4/13/2018 | Email from Dave Hayne to Joe Stratter and Kim Gallagher FW: Le Tote | | URBAN_000019230 | URBAN_000019232 | | | |
| P-61 | Le Tote | 4/19/2018 | Email from Frank Conforti to Vishaal Rana and Kathy Elsesser of Goldman Sachs RE: Project Thermal | | URBAN_000006745 | URBAN_000006748 | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. | |
| P-62 | Le Tote | 4/26/2018 | Email from Frank Conforti to Dave Hayne RE: LT Customer Survey | | URBAN_000004287 | URBAN_000004288 | | | |
| P-63 | Le Tote | 4/26/2018 | Email from Dave Hayne to Frank Conforti Re: Email? | | URBAN_000006805 | URBAN_000006806 | Hearsay (Rule 801 and 802) | Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)) | |
| P-64 | Le Tote | 4/28/2018 | Email from Dick Hayne to Dave Hayne RE: Le Tote | | URBAN_000004645 | URBAN_000004645 | | | |
| P-65 | Le Tote | 4/29/2018 | Email from Frank Conforti to Dick Hayne, Dave Hayne, Melanie Marein-Efron, Meredith Boice, and Chloe Thompson re: Monday…. | | URBAN_000004170 | URBAN_000004170 | | | |
| P-66 | Le Tote | 4/3/2018 | Email from Frank Conforti to Ed Paolella RE: 'LeTote' | | URBAN_000006773 | URBAN_000006775 | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. | |
| P-67 | Le Tote | 4/30/2018 | Email from Vishaal Rana of Goldman Sachs to Frank Conforti, Kathy Elsesser, and Cosmo Roe RE: Tuesday Timing | | URBAN_000005055 | URBAN_000005056 | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Records of a Regularly Conducted Activity (Rule 803(6)). Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. | |
| P-68 | Le Tote | 5/2/2018 | Email from Frank Conforti to Dave Hayne FW: Board Call Tomorrow | | URBAN_000006564 | URBAN_000006566 | | | |
| P-69 | Le Tote | 5/1/2018 | Email from Frank Conforti to Urban Outfitters Board of Directors re: Additional Materials for Wednesday | | URBAN_000019923 | URBAN_000019923 | | | Attachment is P-070 |
| P-70 | Le Tote | 5/2/2018 | Project Thermal: Board of Directors Meeting Discussion Materials Slide Deck | Highly Confidential - Attorneys' Eyes Only | URBAN_000019924 | URBAN_000019926 | | | |
| P-71 | Le Tote | 5/3/2018 | Email from Sukhinder Singh Cassidy to Frank Conforti, Dick Hayne, and Dave Hayne Fwd: Did You Ever Look at Le Tote's Series C Financing? | | URBAN_000005389 | URBAN_000005389 | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. | |

Le Tote, Inc. v. Urban Outfitters, Inc., 2:20-cv-03009
Amended Joint Exhibit List Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(iii)

| Trial Ex. | Party Offering Proposed Exhibit | Date | Description | Confidentiality | Bates Begin | Bates End | Objection(s) | Counter-Objection(s) | Notes |
|---|---|---|---|---|---|---|---|---|---|
| P-72 | Le Tote | 4/18/2018 | Email from Frank Conforti to Chloe Thompson, Melanie Marein-Efron, and Dave Hayne re: Calendar | | URBAN_000003917 | URBAN_000003917 | | | |
| P-73 | Le Tote | 4/29/2018 | Email from Frank Conforti to Dick Hayne RE: Project Thermal | | URBAN_000006665 | URBAN_000006666 | | | |
| P-74 | Le Tote | 5/1/2018 | Email from Dick Hayne to Frank Conforti RE: URBN Adj Comp Sales by Group 2018-05-01 | Confidential | URBAN_000006591 | URBAN_000006592 | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) Relevance (Rule 402) | Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. Relevant to state of mind. | |
| P-75 | Le Tote | 5/1/2018 | Email from Frank Conforti to Dick Hayne Fwd: LeTote Shipping Costs | | URBAN_000006663 | URBAN_000006663 | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) Relevance (Rule 402) | Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. Relevant to state of mind. | |
| P-76 | Le Tote | 5/4/2018 | Email from Frank Conforti to Calvin Hollinger Re: Hope You're Feeling Better | | URBAN_000006641 | URBAN_000006641 | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) Impermissible Character Evidence (Rule 404) | Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. Rule 404 does not apply to corporations. Even if it did, exhibit does not qualify. | |
| P-77 | Le Tote | 5/6/2018 | Email from Frank Conforti to Calvin Hollinger RE: What I Did Not Include in My Note | | URBAN_000006639 | URBAN_000006639 | | | |
| P-78 | Le Tote | 5/7/2018 | Email from Calvin Hollinger to John Devine FW: If We Decide To Build Rental/Subscription Internally | | URBAN_000007158 | URBAN_000007159 | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. | Attachment is P-079 |
| P-79 | Le Tote | 5/6/2018 | Document Titled "URBN X" by Dave Hayne | | URBAN_000007160 | URBAN_000007163 | | | |
| P-80 | Le Tote | 5/12/2018 | Email from Kathy Elsesser of Goldman Sachs to Frank Conforti and Cosmo Roe Re: Following Up | | URBAN_000016670 | URBAN_000016672 | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Records of a Regularly Conducted Activity (Rule 803(6)). Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. | |
| P-81 | Le Tote | 10/10/2018 | Email from Frank Conforti to Dave Hayne re: Monthly Meetings | | URBAN_000006934 | URBAN_000006935 | | | |
| P-82 | Le Tote | | LinkedIn Profile of Chirag Dadia | Confidential | none | none | | | |
| P-83 | Le Tote | | "Milestones" Tracking Spreadsheet | | URBAN_000016502 | URBAN_000016502 | | | |
| P-84 | Le Tote | | Document Titled "Rental Systems Overview" | | URBAN_000019089 | URBAN_000019090 | | | |
| P-85 | Le Tote | | Document Titled "Kiosk Application" | | URBAN_000019172 | URBAN_000019172 | | | |
| P-86 | Le Tote | | Document Titled "Delayed Feedback for Bandits" | | URBAN_000019080 | URBAN_000019083 | | | |
| P-87 | Le Tote | | "Modules, Features, Assumptions" Spreadsheet | Confidential | none | none | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) Insufficient description; all rights reserved | Deposition Exhibit 116 from Stratter and Dadia's depositions. Records of a Regularly Conducted Activity (Rule 803(6)). Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. | |
| P-88 | Le Tote | | "Epic, Feature, Assumption" Spreadsheet | Confidential | none | none | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) Insufficient description; all rights reserved | Deposition Exhibit 117 from Stratter and Dadia's depositions. Records of a Regularly Conducted Activity (Rule 803(6)). Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. | |
| P-89 | Le Tote | | "Epic, Feature, Assumption" Spreadsheet (Additional Page) | Confidential | none | none | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) Insufficient description; all rights reserved | Deposition Exhibit 118 from Stratter and Dadia's depositions. Records of a Regularly Conducted Activity (Rule 803(6)). Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. | |
| P-90 | Le Tote | 10/3/2018 | Email from Greg Sterndale of Promptworks to Joe Stratter, Chirag Dadia, Dave Hayne, Ray Zane, and Andrew Croce Re: Friday | | URBAN_000016508 | URBAN_000016509 | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Records of a Regularly Conducted Activity (Rule 803(6)). Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. Foundation to be established at trial. | |

Le Tote, Inc. v. Urban Outfitters, Inc., 2:20-cv-03009

Amended Joint Exhibit List Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(iii)

| Trial Ex. | Party Offering Proposed Exhibit | Date | Description | Confidentiality | Bates Begin | Bates End | Objection(s) | Counter-Objection(s) | Notes |
|---|---|---|---|---|---|---|---|---|---|
| P-91 | Le Tote | | Promptworks Case Study Titled "URBN reinvented warehousing with their new cloud-based management system" | Confidential | none | none | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Records of a Regularly Conducted Activity (Rule 803(6)). Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. | |
| P-92 | Le Tote | | LinkedIn Profile of Joe Stratter | Confidential | none | none | | | |
| P-93 | Le Tote | 5/3/2018 | Email from Joe Stratter to Calvin Hollinger re: Conversation with Calvin Hollinger | | URBAN_000005796 | URBAN_000005796 | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. | |
| P-94 | Le Tote | 8/3/2018 | Email from Phillip Nanney to Dave Hayne, Omar Tovar, and Joe Stratter re: Week 2 Recap | | URBAN_000016501 | URBAN_000016501 | | | Attachment is P-083 |
| P-95 | Le Tote | 5/22/2017 | Email from Dave Hayne to Board of Directors FW: Le Tote Deck for Urban Outfitters | | URBAN_000004582 | URBAN_000004582 | | | Attachment is P-096 |
| P-96 | Le Tote | 5/22/2017 | Le Tote Product Overview | | URBAN_000004583 | URBAN_000004587 | | Records of a Regularly Conducted Activity (Rule 803(6)) | |
| P-97 | Le Tote | 4/20/2018 | Email from Joe Stratter to Jenn Grasso re: URBN Visit Next Week | | URBAN_000004230 | URBAN_000004230 | | | |
| P-98 | Le Tote | 3/27-28/2018 | Le Tote Visit Agenda | | URBAN_000004147 | URBAN_000004148 | | | |
| P-99 | Le Tote | | Document Titled "How: Entry Options" | | URBAN_000005295 | URBAN_000005304 | Incomplete (Rule 106) | Part of statement to be introduced to make complete not identified. | |
| P-100 | Le Tote | 4/9/2018 | Email from Calvin Hollinger to Calvin Hollinger and Frank Conforti re: Conversation with Calvin Hollinger | | URBAN_000006908 | URBAN_000006909 | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) Prejudice, Confusion (403) | Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. Prejudice and confusion objection is without basis. | |
| P-101 | Le Tote | 4/16/2018 | Email from Frank Conforti to Calvin Hollinger Re: Fwd: LT tech call | | URBAN_000006760 | URBAN_000006761 | | | |
| P-102 | Le Tote | 4/18/2018 | Email from Calvin Hollinger to John Devine Re: Le Tote Technology | | URBAN_000007201 | URBAN_000007203 | | | |
| P-103 | Le Tote | 4/21/2018 | Email from John Devine to Calvin Hollinger Re: Letote | | URBAN_000007519 URBAN_000007151 URBAN_000006460 URBAN_000019481 URBAN_000007165 URBAN_000006760 URBAN_000006639 URBAN_000006641 URBAN_000007158 URBAN_000007154 | URBAN_000006761 URBAN_000007159 | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. | |
| P-104 | Le Tote | 5/4/2018 | Email from Calvin Hollinger to John Devine re: Work in Progress | | URBAN_000007165 | URBAN_000007165 | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. | |
| P-105 | Le Tote | 6/4/2018 | Email from Calvin Hollinger to Frank Conforti Re: DTC Update | | URBAN_000019264 | URBAN_000019266 | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. | |
| P-106 | Le Tote | 9/7/2018 | Email from Dick Hayne to Calvin Hollinger RE: Placeholder Charles Ickes - RTR | | URBAN_000006460 | URBAN_000006460 | | | |
| P-107 | Le Tote | 11/15/2018 | Email from David Hayne to Dreama Dillon, Sky Pollard, Kim Gallagher, Alan Rosenwinkel, Thomas Szumowski, and Caroline Dilsheimer re: Attribute Deck | | URBAN_000010959 | URBAN_000010959 | | | Attachment is P-108 |
| P-108 | Le Tote | 11/15/2018 | URBN Product Attribution Slide Deck | | URBAN_000010960 | URBAN_000010967 | | | |
| P-109 | Le Tote | 7/2/2018 | Email from Alan Rosenwinkel re: Slides | | URBAN_000018148 | URBAN_000018148 | | | Attachment is P-110 |
| P-110 | Le Tote | 7/20/2018 | Data Science for Rental Slide Deck | | URBAN_000018149 | URBAN_000018179 | | | |
| P-111 | Le Tote | 3/28/2019 | Email from Cheryl Schimpf to Alan Rosenwinkel, Dave Hayne, and Chirag Dadia Re: DY follow-up | | URBAN_000016128 | URBAN_000016128 | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. | |
| P-112 | Le Tote | 6/19/2018 | Email from Project Thermal on behalf of Azeez Hayne to Alan Rosenwinkel re: Azeez Hayne added you to the Project Thermal group | | URBAN_000018446 | URBAN_000018450 | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. | |
| P-113 | Le Tote | 3/14/2019 | Email from Dreama Dillon to Alan Rosenwinkel re: Year 1 Line Plan and Buy Sheet.xlsx | | URBAN_000017078 | URBAN_000017079 | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. | CORRECTED |

Case 2:20-cv-03009-NIQA   Document 157   Filed 03/28/24   Page 7 of 29
Le Tote, Inc. v. Urban Outfitters, Inc., 2:20-cv-03009
Amended Joint Exhibit List Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(iii)

| Trial Ex. | Party Offering Proposed Exhibit | Date | Description | Confidentiality | Bates Begin | Bates End | Objection(s) | Counter-Objection(s) | Notes |
|---|---|---|---|---|---|---|---|---|---|
| P-114 | Le Tote | 11/2/2018 | Email from Rachel Smith to Alan Rosenwinkel Re: Updates based on the chat with Joe | | URBAN_000017968 | URBAN_000017972 | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. | |
| P-115 | Le Tote | 6/29/2018 | Email from Alan Rosenwinkel to Chirag Dadia re: Rough draft of slides for Tuesday | | URBAN_000018361 | URBAN_000018387 | | | CORRECTED (NOTE: the corrected exhibit attaches a draft version of P-110.) |
| P-116 | Le Tote | 4/13/2018 | Email from Brett Northart to Dave Hayne Re: Deeper Tech Call | | URBAN_000005001 | URBAN_000005003 | | | |
| P-117 | Le Tote | 9/24/2018 | Email from Kim Gallagher to Joe Stratter and Alan Rosenwinkel re: 3p onboarding meeting | | URBAN_000011399 | URBAN_000011399 | | | Attachment is P-118 |
| P-118 | Le Tote | 9/24/2018 | Onboarding Questionnaire Slide Deck | | URBAN_000011400 | URBAN_000011403 | | | |
| P-119 | Le Tote | 7/20/2022 | 30(b)(6) - Topic 12 | Highly Confidential | none | none | | | |
| P-120 | Le Tote | | Picture of Nuuly Return Sort Chart | | LeTote_057687 | LeTote_057687 | Relevance (Rule 402) Lack of Foundation (Rule 901) | Exhibit is relevant to demonstrating similarities between informaiton provided by Le Tote and Urban's systems. Foundation to be established at trial. | |
| P-121 | Le Tote | | Picture of Nuuly Wash Sort Description Chart | | LeTote_057661 | LeTote_057661 | Relevance (Rule 402) Lack of Foundation (Rule 901) | Exhibit is relevant to demonstrating similarities between informaiton provided by Le Tote and Urban's systems. Foundation to be established at trial. | |
| P-122 | Le Tote | 6/15/2022 | Transcript of Individual and 30(b)(6) Deposition of Charles Bowman | Highly Confidential | none | none | Hearsay (Rule 801 and 802) Urban objections as stated during deposition | Le Tote presently intends to call Mr. Bowman as a live witness but reserves the right to designate portions of his deposition testimony pursuant to Rule 804(b). | |
| P-123 | Le Tote | 6/27/2022 | Transcript of Deposition of Dave Hayne | Confidential | none | none | Hearsay (Rule 801 and 802) Urban objections as stated during deposition | Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)) | |
| P-124 | Le Tote | 7/17/2022 | Nuuly Warehouse Photograph of Computer Monitor and Handheld Scanner Gun on Countertop with Blue, Orange, and Black Bins Surrounding Station | | LeTote_057655 | LeTote_057655 | Relevance (Rule 402) Lack of Foundation (Rule 901) | Exhibit is relevant to demonstrating similarities between informaiton provided by Le Tote and Urban's systems. Foundation to be established at trial. | |
| P-125 | Le Tote | 17-Jul-22 | Nuuly Warehouse Photograph of Laminated Poster Titled "Inspections" | | LeTote_057710 | LeTote_057710 | Relevance (Rule 402) Lack of Foundation (Rule 901) | Exhibit is relevant to demonstrating similarities between informaiton provided by Le Tote and Urban's systems. Foundation to be established at trial. | |
| P-126 | Le Tote | 17-Jul-22 | Nuuly Warehouse Photograph of Laminated Poster Titled "Fail Zones" | | LeTote_057711 | LeTote_057711 | Relevance (Rule 402) Lack of Foundation (Rule 901) | Exhibit is relevant to demonstrating similarities between informaiton provided by Le Tote and Urban's systems. Foundation to be established at trial. | |
| P-127 | Le Tote | 7/17/2022 | Nuuly Warehouse Photograph of Clothing with "Machine Sewing" and "Shaving" Pouches on Rack | | LeTote_057722 | LeTote_057722 | Relevance (Rule 402) Lack of Foundation (Rule 901) | Exhibit is relevant to demonstrating similarities between informaiton provided by Le Tote and Urban's systems. Foundation to be established at trial. | |
| P-128 | Le Tote | 17-Jul-22 | Nuuly Warehouse Photograph of RFID Tag on Apparel Tag | | LeTote_057743 | LeTote_057743 | Relevance (Rule 402) Lack of Foundation (Rule 901) | Exhibit is relevant to demonstrating similarities between informaiton provided by Le Tote and Urban's systems. Foundation to be established at trial. | |
| P-129 | Le Tote | 17-Jul-22 | Nuuly Warehouse Photograph of RFID on Hanger | | LeTote_057744 | LeTote_057744 | Relevance (Rule 402) Lack of Foundation (Rule 901) | Exhibit is relevant to demonstrating similarities between informaiton provided by Le Tote and Urban's systems. Foundation to be established at trial. | |
| P-130 | Le Tote | 7/17/2022 | Nuuly Warehouse Photograph of Heat Sealing Machine on Countertop | | LeTote_057760 | LeTote_057760 | Relevance (Rule 402) Lack of Foundation (Rule 901) | Exhibit is relevant to demonstrating similarities between informaiton provided by Le Tote and Urban's systems. Foundation to be established at trial. | |
| P-131 | Le Tote | 17-Jul-22 | Nuuly Warehouse Photograph of Machine Control Panel | | LeTote_057762 | LeTote_057762 | Relevance (Rule 402) Lack of Foundation (Rule 901) | Exhibit is relevant to demonstrating similarities between informaiton provided by Le Tote and Urban's systems. Foundation to be established at trial. | |

Case 2:20-cv-03009-NIQA   Document 157   Filed 03/28/24   Page 8 of 29
Le Tote, Inc. v. Urban Outfitters, Inc., 2:20-cv-03009
Amended Joint Exhibit List Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(iii)

| Trial Ex. | Party Offering Proposed Exhibit | Date | Description | Confidentiality | Bates Begin | Bates End | Objection(s) | Counter-Objection(s) | Notes |
|---|---|---|---|---|---|---|---|---|---|
| P-132 | Le Tote | 17-Jul-22 | Nuuly Warehouse Photograph of Computer Monitor on Countertop with Instruction "2. Scan Fingerprint" on Screen | | LeTote_057782 | LeTote_057782 | Relevance (Rule 402) Lack of Foundation (Rule 901) | Exhibit is relevant to demonstrating similarities between information provided by Le Tote and Urban's systems. Foundation to be established at trial. | |
| P-133 | Le Tote | 7/17/2022 | Nuuly Warehouse Photograph of Zebra Scanning Device with "Put Away Fingerprint", "Location BIN 85", "Scan Count 1", "Fingerprints Scanned", and "Fingerprint 1050418161" on Screen | | LeTote_057784 | LeTote_057784 | Relevance (Rule 402) Lack of Foundation (Rule 901) | Exhibit is relevant to demonstrating similarities between information provided by Le Tote and Urban's systems. Foundation to be established at trial. | |
| P-134 | Le Tote | 17-Jul-22 | Nuuly Warehouse Photograph of Computer Monitor with Instruction "2. Inspect" on Screen | | LeTote_057792 | LeTote_057792 | Relevance (Rule 402) Lack of Foundation (Rule 901) | Exhibit is relevant to demonstrating similarities between information provided by Le Tote and Urban's systems. Foundation to be established at trial. | |
| P-135 | Le Tote | 17-Jul-22 | Nuuly Warehouse Photograph of Computer Monitor, Label Printer, and Handheld Scanner Gun on Countertop with Instruction "1. Print Labels" on Screen | | LeTote_057796 | LeTote_057796 | Relevance (Rule 402) Lack of Foundation (Rule 901) | Exhibit is relevant to demonstrating similarities between information provided by Le Tote and Urban's systems. Foundation to be established at trial. | |
| P-136 | Le Tote | 7/17/2022 | Nuuly Warehouse Photograph of Computer Monitor, Label Printer, and Handheld Scanner Gun on Countertop with Instruction "Print Return Label" and "Print Shipping Label" on Screen | | LeTote_057798 | LeTote_057798 | Relevance (Rule 402) Lack of Foundation (Rule 901) | Exhibit is relevant to demonstrating similarities between information provided by Le Tote and Urban's systems. Foundation to be established at trial. | |
| P-137 | Le Tote | 17-Jul-22 | Nuuly Warehouse Photograph of Computer Monitor, Label Printer, and Handheld Scanner Gun on Countertop with Instruction "1. Scan Fingerprint" on Screen | | LeTote_057801 | LeTote_057801 | Relevance (Rule 402) Lack of Foundation (Rule 901) | Exhibit is relevant to demonstrating similarities between information provided by Le Tote and Urban's systems. Foundation to be established at trial. | |
| P-138 | Le Tote | 17-Jul-22 | Nuuly Warehouse Photograph of Computer Monitor and Label Printer on Countertop with "Scan" Instructions on Screen | | LeTote_057803 | LeTote_057803 | Relevance (Rule 402) Lack of Foundation (Rule 901) | Exhibit is relevant to demonstrating similarities between information provided by Le Tote and Urban's systems. Foundation to be established at trial. | |
| P-139 | Le Tote | 7/17/2022 | Nuuly Warehouse Photograph of Computer Monitor and Label Printer on Countertop with "Scan" Instructions on Screen and Two (2) Checkmarks | | LeTote_057804 | LeTote_057804 | Relevance (Rule 402) Lack of Foundation (Rule 901) | Exhibit is relevant to demonstrating similarities between information provided by Le Tote and Urban's systems. Foundation to be established at trial. | |
| P-140 | Le Tote | 17-Jul-22 | Nuuly Warehouse Photograph of Computer Monitor and Label Printer on Countertop with "Scan" Instructions on Screen and Four (4) Checkmarks | | LeTote_057806 | LeTote_057806 | Relevance (Rule 402) Lack of Foundation (Rule 901) | Exhibit is relevant to demonstrating similarities between information provided by Le Tote and Urban's systems. Foundation to be established at trial. | |
| P-141 | Le Tote | 17-Jul-22 | Nuuly Warehouse Photograph of Computer Monitor and Label Printer on Countertop with "Scan" Instructions on Screen and Six (6) Checkmarks | | LeTote_057807 | LeTote_057807 | Relevance (Rule 402) Lack of Foundation (Rule 901) | Exhibit is relevant to demonstrating similarities between information provided by Le Tote and Urban's systems. Foundation to be established at trial. | |
| P-142 | Le Tote | 7/17/2022 | Nuuly Warehouse Photograph of Computer Monitor, Label Printer, and Handheld Scanner Gun on Countertop with "Print Labels" Instruction on Screen | | LeTote_057811 | LeTote_057811 | Relevance (Rule 402) Lack of Foundation (Rule 901) | Exhibit is relevant to demonstrating similarities between information provided by Le Tote and Urban's systems. Foundation to be established at trial. | |
| P-143 | Le Tote | 17-Jul-22 | Nuuly Warehouse Photograph of Dymo Scale | | LeTote_057815 | LeTote_057815 | Relevance (Rule 402) Lack of Foundation (Rule 901) | Exhibit is relevant to demonstrating similarities between information provided by Le Tote and Urban's systems. Foundation to be established at trial. | |
| P-144 | Le Tote | 17-Jul-22 | Nuuly Warehouse Photograph of Computer Monitor with Instruction "2. Scan Items" and "Scanned 6 of 6" on Screen | | LeTote_057816 | LeTote_057816 | Relevance (Rule 402) Lack of Foundation (Rule 901) | Exhibit is relevant to demonstrating similarities between information provided by Le Tote and Urban's systems. Foundation to be established at trial. | REPLACED W/COLOR PHOTO |
| P-145 | Le Tote | 7/17/2022 | Nuuly Warehouse Photograph of Bottom of Computer Monitor and Handheld Scanner Gun | | LeTote_057818 | LeTote_057818 | Relevance (Rule 402) Lack of Foundation (Rule 901) | Exhibit is relevant to demonstrating similarities between information provided by Le Tote and Urban's systems. Foundation to be established at trial. | REPLACED W/COLOR PHOTO |
| P-146 | Le Tote | 17-Jul-22 | Nuuly Warehouse Photograph of Computer Monitor and Handheld Scanner Gun with "Confirm garments not returned" Message on Screen | | LeTote_057819 | LeTote_057819 | Relevance (Rule 402) Lack of Foundation (Rule 901) | Exhibit is relevant to demonstrating similarities between information provided by Le Tote and Urban's systems. Foundation to be established at trial. | REPLACED W/COLOR PHOTO |

Case 2:20-cv-03009-NIQA   Document 157   Filed 03/28/24   Page 9 of 29

Le Tote, Inc. v. Urban Outfitters, Inc., 2:20-cv-03009
Amended Joint Exhibit List Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(iii)

| Trial Ex. | Party Offering Proposed Exhibit | Date | Description | Confidentiality | Bates Begin | Bates End | Objection(s) | Counter-Objection(s) | Notes |
|---|---|---|---|---|---|---|---|---|---|
| P-147 | Le Tote | 17-Jul-22 | Nuuly Warehouse Photograph of Computer Monitor with Instruction "2. Scan Items" and "Scanned 2 of 6" on Screen | | LeTote_057820 | LeTote_057820 | Relevance (Rule 402) Lack of Foundation (Rule 901) | Exhibit is relevant to demonstrating similarities between information provided by Le Tote and Urban's systems. Foundation to be established at trial. | REPLACED W/COLOR PHOTO |
| P-148 | Le Tote | 7/17/2022 | Nuuly Warehouse Photograph of Computer Monitor and Handheld Scanner Gun with Instruction "1. Scan Fingerprint" on Screen | | LeTote_057823 | LeTote_057823 | Relevance (Rule 402) Lack of Foundation (Rule 901) | Exhibit is relevant to demonstrating similarities between information provided by Le Tote and Urban's systems. Foundation to be established at trial. | REPLACED W/COLOR PHOTO |
| P-149 | Le Tote | 17-Jul-22 | Nuuly Warehouse Photograph of Computer Monitor with Instruction "2. Scan Items" and "Scanned 6 of 6" with Throbber on Screen | | LeTote_057824 | LeTote_057824 | Relevance (Rule 402) Lack of Foundation (Rule 901) | Exhibit is relevant to demonstrating similarities between information provided by Le Tote and Urban's systems. Foundation to be established at trial. | REPLACED W/COLOR PHOTO |
| P-150 | Le Tote | 17-Jul-22 | Nuuly Warehouse Photograph of Computer Monitor and Handheld Scanner Gun with "4" Bubble on Screen | | LeTote_057826 | LeTote_057826 | Relevance (Rule 402) Lack of Foundation (Rule 901) | Exhibit is relevant to demonstrating similarities between information provided by Le Tote and Urban's systems. Foundation to be established at trial. | REPLACED W/COLOR PHOTO |
| P-151 | Le Tote | 7/17/2022 | Nuuly Warehouse Photograph of Computer Monitor and Handheld Scanner Gun with Instruction "For this garment mesh bag, empty pockets, place accessory in bag with garment, zip/button up" on Screen | | LeTote_057827 | LeTote_057827 | Relevance (Rule 402) Lack of Foundation (Rule 901) | Exhibit is relevant to demonstrating similarities between information provided by Le Tote and Urban's systems. Foundation to be established at trial. | REPLACED W/COLOR PHOTO |
| P-152 | Le Tote | 17-Jul-22 | Nuuly Warehouse Photograph of Clothing Hanging on Rack | | LeTote_057828 | LeTote_057828 | Relevance (Rule 402) Lack of Foundation (Rule 901) | Exhibit is relevant to demonstrating similarities between information provided by Le Tote and Urban's systems. Foundation to be established at trial. | REPLACED W/COLOR PHOTO |
| P-153 | Le Tote | 17-Jul-22 | Nuuly Warehouse Photograph of Z-Rack Barcode "For Inventory Control" Pouch on Rack | | LeTote_057829 | LeTote_057829 | Relevance (Rule 402) Lack of Foundation (Rule 901) | Exhibit is relevant to demonstrating similarities between information provided by Le Tote and Urban's systems. Foundation to be established at trial. | REPLACED W/COLOR PHOTO |
| P-154 | Le Tote | 7/17/2022 | Nuuly Warehouse Photograph of Zebra Scanning Device with "Slot 7 Place the garment on your Z-Rack in this slot" Message on Screen | | LeTote_057830 | LeTote_057830 | Relevance (Rule 402) Lack of Foundation (Rule 901) | Exhibit is relevant to demonstrating similarities between information provided by Le Tote and Urban's systems. Foundation to be established at trial. | REPLACED W/COLOR PHOTO |
| P-155 | Le Tote | 17-Jul-22 | Nuuly Warehouse Photograph of Computer Monitor and Handheld Scanner Gun with Instruction "2. Scan Items" and "Scanned 3 of 6" on Screen | | LeTote_057835 | LeTote_057835 | Relevance (Rule 402) Lack of Foundation (Rule 901) | Exhibit is relevant to demonstrating similarities between information provided by Le Tote and Urban's systems. Foundation to be established at trial. | REPLACED W/COLOR PHOTO |
| P-156 | Le Tote | 17-Jul-22 | Nuuly Warehouse Photograph of Computer Monitor and Handheld Scanner Gun with "2" Bubble on Screen | | LeTote_057837 | LeTote_057837 | Relevance (Rule 402) Lack of Foundation (Rule 901) | Exhibit is relevant to demonstrating similarities between information provided by Le Tote and Urban's systems. Foundation to be established at trial. | REPLACED W/COLOR PHOTO |
| P-157 | Le Tote | 7/17/2022 | Nuuly Warehouse Photograph of Clothing Hanging with "59" Pouch on Rack | | LeTote_057854 | LeTote_057854 | Relevance (Rule 402) Lack of Foundation (Rule 901) | Exhibit is relevant to demonstrating similarities between information provided by Le Tote and Urban's systems. Foundation to be established at trial. | REPLACED W/COLOR PHOTO |
| P-158 | Le Tote | 17-Jul-22 | Nuuly Warehouse Photograph of Zebra Scanning Device with Item Fingerprint | | LeTote_057861 | LeTote_057861 | Relevance (Rule 402) Lack of Foundation (Rule 901) | Exhibit is relevant to demonstrating similarities between information provided by Le Tote and Urban's systems. Foundation to be established at trial. | REPLACED W/COLOR PHOTO |
| P-159 | Le Tote | 17-Jul-22 | Nuuly Warehouse Photograph of Clothing Hanging on Rack Running Length of Warehouse | | LeTote_057873 | LeTote_057873 | Relevance (Rule 402) Lack of Foundation (Rule 901) | Exhibit is relevant to demonstrating similarities between information provided by Le Tote and Urban's systems. Foundation to be established at trial. | REPLACED W/COLOR PHOTO |
| P-160 | Le Tote | | Modules, Features, Assumptions for Receiving, Locations, Product Grouping, Put A Way, Inventory Management, Waving, Picking, Packing, and Shipping Spreadsheet | Highly Confidential | PromptWorks0000069 | PromptWorks0000069 | Lack of Foundation (Rule 901) | Foundation to be established at trial. | |
| P-161 | Le Tote | | Document Titled "Demonstrations" for "Rental Solution Overview" and "Sprint 11 Demo Agenda" for "Feature/Process" and "Solution/Technology Exercised" | Highly Confidential | PromptWorks0000527 | PromptWorks0000528 | Lack of Foundation (Rule 901) | Foundation to be established at trial. | |
| P-162 | Le Tote | | Modules, Features, Assumptions for Receiving, Locations and Statuses, Product Grouping, Put A Way, Inventory Management, Waving, Picking, Packing, and Shipping Spreadsheet | Highly Confidential | PromptWorks0000673 | PromptWorks0000673 | Lack of Foundation (Rule 901) | Foundation to be established at trial. | |
| P-163 | Le Tote | 4/6/2018 | Email from Brett Northart to Dave Hayne and Rakesh Tondon Re: Agenda for next week attaching Le Tote URBN Agenda | | URBAN_000003695 | URBAN_000003699 | | | |

Case 2:20-cv-03009-NIQA Document 157 Filed 03/28/24 Page 10 of 29
Le Tote, Inc. v. Urban Outfitters, Inc., 2:20-cv-03009
Amended Joint Exhibit List Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(iii)

| Trial Ex. | Party Offering Proposed Exhibit | Date | Description | Confidentiality | Bates Begin | Bates End | Objection(s) | Counter-Objection(s) | Notes |
|---|---|---|---|---|---|---|---|---|---|
| P-164 | Le Tote | 12/13/2022 | Transcript of Expert Deposition of Charles Bowman | Highly Confidential | none | none | Hearsay (Rule 801 and 802) Calls for Legal Conclusion (Rule 703) Inadmissable Expert Testimony (Daubert) | Le Tote presently intends to call Mr. Bowman as a live witness but reserves the right to designate portions of his deposition testimony pursuant to Rule 804(b). The Court has already denied Urban's Motion to exclude the testimony of Mr. Bowman under Daubert. Mr. Bowman wil not be offering any legal conclusions consistent with the Court's ruling. | |
| P-165 | Le Tote | 6/22/2022 | Transcript of 30(b)(6) Deposition of Rakesh Tondon | Confidential | none | none | Hearsay (Rule 801 and 802) Urban objections as stated during deposition | Le Tote presently intends to call Mr. Tondon as a live witness but reserves the right to designate portions of his deposition testimony pursuant to Rule 804(b). | |
| P-166 | Le Tote | | Declaration of C. Bowman | | none | none | Insufficient description; all rights reserved Hearsay (Rule 801 and 802) Inadmissable Expert Testimony (Daubert) | Le Tote presently intends to call Mr. Bowman as a live witness but reserves the right to designate portions of his deposition testimony pursuant to Rule 804(b). The Court has already denied Urban's Motion to exclude the testimony of Mr. Bowman under Daubert. Mr. Bowman wil not be offering any legal conclusions consistent with the Court's ruling. | |
| P-167 | Le Tote | 6/9/2022 | Transcript of Deposition of Brett Northart | Highly Confidential | none | none | Hearsay (Rule 801 and 802) Urban objections as stated during deposition | Le Tote presently intends to call Mr. Northart as a live witness but reserves the right to designate portions of his deposition testimony pursuant to Rule 804(b). | |
| P-168 | Le Tote | 6/28/2022 | Transcript of Deposition of Chloe Thompson | Confidential | none | none | Hearsay (Rule 801 and 802) Urban objections as stated during deposition | Prior statement of witness (Rule 801(d)) | |
| P-169 | Le Tote | 6/30/2022 | Transcript of Deposition of Frank Conforti | Confidential | none | none | Hearsay (Rule 801 and 802) Urban objections as stated during deposition | Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)) | |
| P-170 | Le Tote | 4/26/2018 | Email from Miran Ahmad to Melanie Marein-Efron, Chloe Thompson, Grace Liu, and Kaity Miller re: Thermal - New Uploads and Q&A Attached | | URBAN_000003483 | URBAN_000003487 | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Opposing party's statement does not qualify as hearsay 801(d)(2). Foundation to be established at trial. | CORRECTED |
| P-171 | Le Tote | 4/18/2018 | Email from Kaity Miller to Chloe Thompson Fwd: Due Diligence List from URBN attaching URBN Project Thermal Due Diligence List_v6 and URBN Project Thermal Due Diligence List_v6_High Priority | | URBAN_000003620 | URBAN_000003633 | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Opposing party's statement does not qualify as hearsay 801(d)(2). Foundation to be established at trial. | CORRECTED |
| P-172 | Le Tote | 4/20/2018 | Email from Melanie Marein-Efron to Chloe Thompson, Kaity Miller, and Frank Conforti Fwd: Due Diligence List from URBN | | URBAN_000003685 | URBAN_000003686 | Hearsay (Rule 801 and 802) | Opposing party's statement does not qualify as hearsay 801(d)(2) | CORRECTED |
| P-173 | Le Tote | 4/24/2018 | Email from Melanie Marein-Efron to Grace Liu and Chloe Thompson FW: Follow Up Financial Questions | | URBAN_000003843 | URBAN_000003845 | Hearsay (Rule 801 and 802) | Opposing party's statement does not qualify as hearsay 801(d)(2) | CORRECTED |
| P-174 | Le Tote | 4/17/2018 | Email from Rakesh Tondon to Dave Hayne and Brett Northart Re: Scaling Exercise | | URBAN_000003920 | URBAN_000003921 | | | CORRECTED |
| P-175 | Le Tote | 4/24/2018 | Email from Rakesh Tondon to Dave Hayne, Brett Northart, and Frank Conforti Re: Friday call | | URBAN_000003987 | URBAN_000003987 | | | |
| P-176 | Le Tote | 4/12/2018 | Email from Rakesh Tondon to Dave Hayne, Brett Northart, and Melanie Marein-Efron Re: USPS rates | | URBAN_000004050 | URBAN_000004050 | | | |
| P-177 | Le Tote | 4/13/2018 | Email from Rakesh Tondon to Dave Hayne, Frank Conforti, and Miran Ahmad re: Shipping rate matrix for Le Tote | | URBAN_000004427 | URBAN_000004427 | | | |
| P-178 | Le Tote | 4/26/2018 | Email from Grace Liu to Kaity Miller re: THERMAL QUESTIONS attaching THERMAL QUESTIONS | | URBAN_000005016 | URBAN_000005121 | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Opposing party's statement does not qualify as hearsay 801(d)(2). Foundation to be established at trial. | CORRECTED |
| P-179 | Le Tote | 4/18/2018 | Email from Melanie Marein-Efron to Miran Ahmad, James Tagliani, Rakesh Tondon, Brett Northart, Frank Conforti, and Kaity Miller re: Due Diligence List from URBN attaching URBN Project Thermal Due Diligence List_v6 and URBN Project Thermal Due Diligence List_v6_High Priority | | URBAN_000005247 | URBAN_000005259 | | | CORRECTED |
| P-180 | Le Tote | 4/27/2018 | Email from Brett Northart to Dave Hayne, Frank Conforti, and Rakesh Tondon re: Questions re: customer service follow up | | URBAN_000005265 | URBAN_000005266 | | | |

Le Tote, Inc. v. Urban Outfitters, Inc., 2:20-cv-03009
Amended Joint Exhibit List Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(iii)

| Trial Ex. | Party Offering Proposed Exhibit | Date | Description | Confidentiality | Bates Begin | Bates End | Objection(s) | Counter-Objection(s) | Notes |
|---|---|---|---|---|---|---|---|---|---|
| P-181 | Le Tote | 4/16/2018 | Email from Dave Hayne to Calvin Hollinger, John Devine, Rob Frieman, Chris Hunter, Steve Festa, Joe Stratter, Frank Conforti, and Azeez Hayne Fwd: Infrastructure Security Follow up attaching Infrastructure Security | | URBAN_000019221 | URBAN_000019224 | | | |
| P-182 | Le Tote | 7/12/2022 | Transcript of Deposition of Joe Stratter | Confidential | none | none | Hearsay (Rule 801 and 802) Urban objections as stated during deposition | Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)) | |
| P-183 | Le Tote | 6/23/2022 | Transcript of Deposition of Rakesh Tondon | Highly Confidential | none | none | Hearsay (Rule 801 and 802) Urban objections as stated during deposition | Le Tote presently intends to call Mr. Tondon as a live witness but reserves the right to designate portions of his deposition testimony pursuant to Rule 804(b). | |
| P-184 | Le Tote | 4/28/2018 | Email re: Updates to Thermal Standalone Model | | URBAN_000004705 | URBAN_000004708 | Records of a Regularly Conducted Activity (Rule 803(6)). Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). | | ATTACHMENT (URBAN_000004708) IS AN EXCEL SPREADSHEET THAT CANNOT BE PRINTED |
| P-185 | Le Tote | 4/6/2018 | Email re: "Le Tote URBN Agenda" | | URBAN_000005001 | URBAN_000005002 | | | CORRECTED |
| P-186 | Le Tote | 5/31/2018 | URBN Subscription Model Spreadsheet v4 | | URBAN_000006189 | URBAN_000006192 | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Records of a Regularly Conducted Activity (Rule 803(6)). Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial.Foundation to be established at trial. | ATTACHMENT (URBAN_000006189) IS AN EXCEL SPREADSHEET THAT CANNOT BE PRINTED |
| P-187 | Le Tote | 6/10/2022 | Transcript of Deposition of Kim Gallagher | Highly Confidential | none | none | Hearsay (Rule 801 and 802) Urban objections as stated during deposition | Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)) | |
| P-188 | Le Tote | | URBN Subscription Model Spreadsheet v2 | | URBAN_000003798 | URBAN_000003800 | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Records of a Regularly Conducted Activity (Rule 803(6)). Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. | ATTACHMENT (URBAN_000003800) IS AN EXCEL SPREADSHEET THAT CANNOT BE PRINTED. |
| P-189 | Le Tote | 6/27/2022 | Transcript of 30(b)(6) Deposition of Dave Hayne | Confidential | none | none | Hearsay (Rule 801 and 802) Urban objections as stated during deposition | Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)) | |
| P-190 | Le Tote | | Email from Caastle to Urban | Highly Confidential | Caastle000001 | Caastle000002 | Incomplete (106) Relevance (Rule 402) Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) Prejudice, Confusion (Rule 403) Impermissible Character Evidence (Rule 404) | Part of statement to be introduced to make complete not identified.  Relevant to Urban state of mind.  Not offered for the truth of the matter. Rule 404 does not apply to corporations. Foundation to be established at trial. | |
| P-191 | Le Tote | 4/16/2018 | Email from Brett Northart to Dave Hayne, Charlie Bowman, Jenn Grasso, and Rakesh Tondon re: Le Tote tech deck attaching Le Tote Technology Overview | | URBAN_000003293 | URBAN_000003293 | | | Attachment is P-001 |
| P-192 | Le Tote | 4/16/2018 | Email from Brett Northart to Dave Hayne, Charlie Bowman, Jenn Grasso, and Rakesh Tondon re: Le Tote tech deck attaching Le Tote Product Roadmap | | URBAN_000003539 | URBAN_000003539 | | | Attachment is J-004 |
| P-193 | Le Tote | 4/16/2018 | Email from Brett Northart to Dave Hayne, Charlie Bowman, Rakesh Tondon, and Jenn Grasso re: Infrastructure Security follow up attaching Infrastructure Security | | URBAN_000003594 | URBAN_000003595 | | | Attachment is P-181 at URBAN_000019222 |
| P-194 | Le Tote | 4/17/2018 | Email from John Devine to Dave Hayne FW: LT tech eval attaching Focus Items for visit and Le Tote Diligence | | URBAN_000003901 | URBAN_000003905 | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. | |
| P-195 | Le Tote | 4/13/2018 | Email from Brett Northart to Dave Hayne and Rakesh Tondon Re: Deeper Tech Call | | URBAN_000004123 | URBAN_000004123 | | | |
| P-196 | Le Tote | 4/19/2018 | Email from Rakesh Tondon to Dave Hayne and Brett Northart Re: Visit next week | | URBAN_000003286 | URBAN_000003290 | Incomplete (106) | Part of statement to be introduced to make complete not identified. | CORRECTED |

Le Tote, Inc. v. Urban Outfitters, Inc., 2:20-cv-03009
Amended Joint Exhibit List Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(iii)

| Trial Ex. | Party Offering Proposed Exhibit | Date | Description | Confidentiality | Bates Begin | Bates End | Objection(s) | Counter-Objection(s) | Notes |
|---|---|---|---|---|---|---|---|---|---|
| P-197 | Le Tote | 12/22/2022 | Transcript of Expert Deposition of Stephen Hopper | Confidential | none | none | Hearsay (Rule 801 and 802) Urban objections as stated during deposition | Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)) | |
| P-198 | Le Tote | 10/16/2020 | Disclosure Schedule to APA | Confidential | none | none | | | |
| P-199 | Le Tote | 3/25/2018 | Email from Joe Sperlunto to John Devine, Rob Frieman, Mike Sparks, Alex Donaldson, Christian Sylvester, Calvin Hollinger, Paul Reigel, Joe Stratter, Dave Hayne, Kim Gallagher, David Kershaw, and Steve Festa RE: Subscription flow walkthrough attaching subscription V3 and subscription Notes V4 | | URBAN_000007654 | URBAN_000007663 | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. | |
| P-200 | Le Tote | 3/28/2018 | Email from Joe Sperlunto to John Devine, Rob Frieman, Mike Sparks, Alex Donaldson, Christen Sylvester, Calvin Hollinger, Paul Reigel, Joe Stratter, Dave Hayne, Kim Gallagher, David Kershaw, and Steve Festa RE: Subscription flow walkthrough attaching subscription V3 | | URBAN_000007644 | URBAN_000007653 | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. | |
| P-201 | Le Tote | 7/7/2022 | Transcript of Deposition of Chirag Dadia | Confidential | none | none | Hearsay (Rule 801 and 802) Urban objections as stated during deposition | Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)) | |
| P-202 | Le Tote | | First Reference to RFID (Jefferies slide deck re: Le Tote) | | URBAN_000004602 | URBAN_000004644 | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Records of a Regularly Conducted Activity (Rule 803(6)). Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. | Corrected transcription error in Urban's objections |
| P-203 | Le Tote | 11/8/2021 | Urban's Responses to Le Tote's First Set of RPDs | | none | none | | | |
| P-204 | Le Tote | | LeTote Jefferies Slide Deck | Highly Confidential | GoldmanSachs_000001 | GoldmanSachs_000039 | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Records of a Regularly Conducted Activity (Rule 803(6)). Foundation to be established at trial. | |
| P-205 | Le Tote | | LeTote Active Customer Counts 2015, 2016, and 2017 | Highly Confidential | GoldmanSachs_000026 | GoldmanSachs_000026 | Incomplete (Rule 106) Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Part of statement to be introduced to make complete not identified. Records of a Regularly Conducted Activity (Rule 803(6)). Foundation to be established at trial. | |
| P-206 | Le Tote | | Le Tote Management 2015 and 2016 Financial Statements | | LeTote_009392 | LeTote_009392 | | | |
| P-207 | Le Tote | | Le Tote Management 2014 Financial Statement | | LeTote_015835 | LeTote_015835 | | | |
| P-208 | Le Tote | | Le Tote Management 2017 and 2018 Financial Statements | | LeTote_016113 | LeTote_016113 | | | |
| P-209 | Le Tote | 19-Jul-22 | Nuuly Warehouse Photograph of Clothing with "Missing Accessory" and "Finishing" Pouches on Racks | | LeTote_057720 | LeTote_057720 | Relevance (Rule 402) Lack of Foundation (Rule 901) | Exhibit is relevant to demonstrating similarities between information provided by Le Tote and Urban's systems. Foundation to be established at trial. | |
| P-210 | Le Tote | | Confluent Article Titled "Nuuly Completes Flawless Launch of Its New Clothing Rental Subscription Service with Confluent Cloud" | | LeTote057560 | LeTote057562 | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Not offered for the truth of the matter asserted. Foundation to be established at trial. | |
| P-211 | Le Tote | | Confluent "5 Event Streaming Use Cases That Transform Business" | | LeTote057588 | LeTote057595 | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Not offered for the truth of the matter asserted. Foundation to be established at trial. | |
| P-212 | Le Tote | 8/1/2018 | "The Six Steps of Bespoke Software Development" by Emma Yemm | none | none | none | Insufficient description; all rights reserved | Cited in summary judgment motion. | |
| P-213 | Le Tote | 12/13/2021 | "The 7 Steps of the Bespoke Software Development Process" by Matt Hicks | none | none | none | Insufficient description; all rights reserved | Cited in summary judgment motion. | |
| P-214 | Le Tote | 5/19/2022 | "7 Steps of a Bespoke Software Development Process" by Clever Software Group | none | none | none | Relevance (Rule 402) Insufficient description; all rights reserved | Cited in summary judgment motion. | |
| P-215 | Le Tote | 6/10/2022 | Transcript of Deposition of James Tagliani | Confidential | none | none | Hearsay (Rule 801 and 802) Urban objections as stated during deposition | Le Tote has not designated any portions of Mr. Tagliani's deposition other than as counter-designations. | |

Case 2:20-cv-03009-NIQA   Document 157   Filed 03/28/24   Page 13 of 29
Le Tote, Inc. v. Urban Outfitters, Inc., 2:20-cv-03009
Amended Joint Exhibit List Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(iii)

| Trial Ex. | Party Offering Proposed Exhibit | Date | Description | Confidentiality | Bates Begin | Bates End | Objection(s) | Counter-Objection(s) | Notes |
|---|---|---|---|---|---|---|---|---|---|
| P-216 | Le Tote | 6/14/2022 | Transcript of Deposition of Shyam Sundar | Confidential | none | none | Hearsay (Rule 801 and 802) Urban objections as stated during deposition | Le Tote has not designated any portions of Mr. Sundar's deposition other than as counter-designations. | |
| P-217 | Le Tote | 6/16/2022 | Transcript of Deposition of Ruth Hartman | Confidential | none | none | Hearsay (Rule 801 and 802) Urban objections as stated during deposition | Le Tote presently intends to call Ms. Hartman as a live witness but reserves the right to designate portions of his deposition testimony pursuant to Rule 804(b). | |
| P-218 | Le Tote | 6/17/2022 | Transcript of Deposition of Melanie Marein-Efron | Confidential | none | none | Hearsay (Rule 801 and 802) Urban objections as stated during deposition | Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)) | |
| P-219 | Le Tote | 6/30/2022 | Transcript of 30(b)(6) Deposition of Frank Conforti | Confidential | none | none | Hearsay (Rule 801 and 802) Urban objections as stated during deposition | Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)) | |
| P-220 | Le Tote | 7/14/2022 | Transcript of Deposition of Calvin Hollinger | Confidential | none | none | Hearsay (Rule 801 and 802) Urban objections as stated during deposition | Exception to hearsay due to witness unavailability (Rulle 804(b)(1)) | |
| P-221 | Le Tote | 7/18/2022 | Transcript of 30(b)(6) Deposition of Alan Rosenwinkel | Confidential | none | none | Hearsay (Rule 801 and 802) Urban objections as stated during deposition | Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)) | |
| P-222 | Le Tote | 7/18/2022 | Transcript of Deposition of Alan Rosenwinkel | Confidential | none | none | Hearsay (Rule 801 and 802) Urban objections as stated during deposition | Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)) | |
| P-223 | Le Tote | 7/20/2022 | Transcript of 30(b)(6) Deposition of Melanie Marein-Efron | Confidential | none | none | Hearsay (Rule 801 and 802) Urban objections as stated during deposition | Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)) | |
| P-224 | Le Tote | 9/12/2022 | Curriculum Vitae of Ian Ratner | Confidential | none | none | | | |
| P-225 | Le Tote | 9/12/2022 | Curriculum Vitae of Charles Bowman | Confidential | none | none | | | |
| P-226 | Le Tote | 9/20/2022 | Transcript of 30(b)(6) Deposition of Joe Stratter | Confidential | none | none | Hearsay (Rule 801 and 802) Urban objections as stated during deposition | Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)) | |
| P-227 | Le Tote | 11/14/2022 | Transcript of Deposition of Ed Kremer | Confidential | none | none | Hearsay (Rule 801 and 802) Urban objections as stated during deposition | Le Tote has not designated any portions of Mr. Kremer's deposition other than as counter-designations. | |
| P-228 | Le Tote | 12/16/2022 | Transcript of Expert Deposition of Ian Ratner | Confidential | none | none | Hearsay (Rule 801 and 802) Inadmissable Expert Testimony (Daubert) | Le Tote presently intends to call Mr. Ratner as a live witness but reserves the right to designate portions of his deposition testimony pursuant to Rule 804(b). | |
| P-229 | Le Tote | 1/5/2023 | Transcript of Expert Deposition of Carlyn Irwin | Confidential | none | none | Hearsay (Rule 801 and 802) Urban objections as stated during deposition | Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)) | |
| P-230 | Le Tote | 3/24/2023 | "Urban Outfitters Wants To Turn Its Clothing-Rental Into 'A Billion Dollar-Plus Brand'" by Katie Krzaczek | none | none | none | Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Not offered for truth of the matter asserted. Foundation to be established at trial. | |
| P-231 | Le Tote | 4/3/2023 | 2023 SEC Form 10-K Filing of Urban Outfitters | none | none | none | | | |

Case 2:20-cv-03009-NIQA Document 157 Filed 03/28/24 Page 14 of 29
Le Tote, Inc. v. Urban Outfitters, Inc., 2:20-cv-03009
Amended Joint Exhibit List Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(iii)

| Trial Ex. | Party Offering Proposed Exhibit | Date | Description | Confidentiality | Bates Begin | Bates End | Objection(s) | Counter-Objection(s) | Notes |
|---|---|---|---|---|---|---|---|---|---|
| P-232 | Le Tote | | 2024 SEC Form 10-K Filing of Urban Outfitters | none | none | none | Relevance (Rule 402)<br>Lack of Foundation (Rule 901)<br>Premature - Document does not exist/has not been generated | TBD | |
| P-233 | Le Tote | 6/9/2023 | SEC Form 10-Q Filing of Urban Outfitters, Inc. for Q1-2024 | none | none | none | | | |
| P-234 | Le Tote | 9/11/2023 | SEC Form 10-Q Filing of Urban Outfitters, Inc. for Q2-2024 | none | none | none | Relevance (Rule 402)<br>Lack of Foundation (Rule 901) | TBD | |
| P-235 | Le Tote | 12/11/2023 | SEC Form 10-Q Filing of Urban Outfitters, Inc. for Q3-2024 | none | none | none | Relevance (Rule 402)<br>Lack of Foundation (Rule 901) | TBD | |
| P-236 | Le Tote | 3/3/2020 | Q4 2020 Urban Outfitters, Inc. Earnings Call Transcript, Results, and Commentary | none | none | none | Relevance (Rule 402)<br>Hearsay (Rule 801 and 802)<br>Lack of Foundation (Rule 901) | Relevant to damages. Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. | |
| P-237 | Le Tote | 5/25/2021 | Q1 2022 Urban Outfitters, Inc. Earnings Call Transcript, Results, and Commentary | none | none | none | Relevance (Rule 402)<br>Hearsay (Rule 801 and 802)<br>Lack of Foundation (Rule 901) | Relevant to damages. Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. | |
| P-238 | Le Tote | 8/24/2021 | Q2 2022 Urban Outfitters, Inc. Earnings Call Transcript, Results, and Commentary | none | none | none | Relevance (Rule 402)<br>Hearsay (Rule 801 and 802)<br>Lack of Foundation (Rule 901) | Relevant to damages. Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. | |
| P-239 | Le Tote | 11/22/2021 | Q3 2022 Urban Outfitters, Inc. Earnings Call Transcript, Results, and Commentary | none | none | none | Relevance (Rule 402)<br>Hearsay (Rule 801 and 802)<br>Lack of Foundation (Rule 901) | Relevant to damages. Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. | |
| P-240 | Le Tote | 3/1/2022 | Q4 2022 Urban Outfitters, Inc. Earnings Call Transcript, Results, and Commentary | none | none | none | Relevance (Rule 402)<br>Hearsay (Rule 801 and 802)<br>Lack of Foundation (Rule 901) | Relevant to damages. Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. | |
| P-241 | Le Tote | 5/24/2022 | Q1 2023 Urban Outfitters, Inc. Earnings Call Transcript, Results, and Commentary | none | none | none | Relevance (Rule 402)<br>Hearsay (Rule 801 and 802)<br>Lack of Foundation (Rule 901) | Relevant to damages. Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. | |
| P-242 | Le Tote | 8/23/2022 | Q2 2023 Urban Outfitters, Inc. Earnings Call Transcript, Results, and Commentary | none | none | none | Relevance (Rule 402)<br>Hearsay (Rule 801 and 802)<br>Lack of Foundation (Rule 901) | Relevant to damages. Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. | |

Case 2:20-cv-03009-NIQA Document 157 Filed 03/28/24 Page 15 of 29
Le Tote, Inc. v. Urban Outfitters, Inc., 2:20-cv-03009
Amended Joint Exhibit List Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(iii)

| Trial Ex. | Party Offering Proposed Exhibit | Date | Description | Confidentiality | Bates Begin | Bates End | Objection(s) | Counter-Objection(s) | Notes |
|---|---|---|---|---|---|---|---|---|---|
| P-243 | Le Tote | 11/21/2022 | Q3 2023 Urban Outfitters, Inc. Earnings Call Transcript, Results, and Commentary | none | none | none | Relevance (Rule 402) Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Relevant to damages. Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. | |
| P-244 | Le Tote | 2/28/2023 | Q4 2023 Urban Outfitters, Inc. Earnings Call Transcript, Results, and Commentary | none | none | none | Relevance (Rule 402) Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Relevant to damages. Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. | |
| P-245 | Le Tote | 5/23/2023 | Q1 2024 Urban Outfitters, Inc. Earnings Call Transcript, Results, and Commentary | none | none | none | Relevance (Rule 402) Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) | Relevant to damages. Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Foundation to be established at trial. | |
| P-246 | Le Tote | | Q2 2024 Urban Outfitters, Inc. Earnings Call Transcript, Results, and Commentary | none | none | none | Relevance (Rule 402) Lack of Foundation (Rule 901) | TBD | |
| P-247 | Le Tote | | Q3 2024 Urban Outfitters, Inc. Earnings Call Transcript, Results, and Commentary | none | none | none | Relevance (Rule 402) Lack of Foundation (Rule 901) | TBD | |
| P-248 | Le Tote | | Q4 2024 Urban Outfitters, Inc. Earnings Call Transcript, Results, and Commentary | none | none | none | Relevance (Rule 402) Lack of Foundation (Rule 901) | TBD | |
| P-249 | Le Tote | 9/12/2022 | Expert Report of Ian Ratner, CPA/ABV, ASA, CFE | Confidential | none | none | Inadmissible Expert Testimony (Daubert) | Insufficient basis to respond. | |
| P-250 | Le Tote | 9/12/2022 | Expert Report of Charles Bowman | Confidential | none | none | Calls for Legal Conclusion (Rule 703) Inadmissible Expert Testimony (Daubert) | The Court has already denied Urban's Motion to exclude the testimony of Mr. Bowman under Daubert. Mr. Bowman wil not be offering any legal conclusions consistent with the Court's ruling. | |
| P-251 | Le Tote | | Caastle + Anthropologie: Status Update | | URBAN_000007891 | URBAN_000007908 | | | |
| P-252 | Le Tote | 7/11/2019 | Email from Azeez Hayne to Tim Hirsch Re: Urban Outfitters' Launch of Nuuly Subscription Service | | URBAN_000015679 | URBAN_000015683 | Relevance (Rule 402) Hearsay (Rule 801 and 802) Lack of Foundation (Rule 901) Prejudice, Confusion (Rule 403) Impermissible Character Evidence (Rule 404) | Relevant to Urban's state of mind. Opposing party's statement does not qualify as hearsay (Rule 801(d)(2)). Objection as to prejudice and confusion is without any basis. Rule 404 does not apply to corporations. | |
| P-253 | Le Tote | | Nuuly 2021 Fiscal Year Income Statement Summary | Highly Confidential | URBAN_000019041 | URBAN_000019041 | | | |
| P-254 | Le Tote | none | Warehouse Management Flow Chart | | none | none | | | |
| P-255 | Le Tote | 3/28/2024 | Updated Summary of Certain Metrics from Nuuly's Historical Income Statements | | none | none | | | |
| P-256 | Le Tote | 4/26/2018 | Email from Brett Northart to Dave Hayne and Frank Conforti, cc Rakesh Tondon Re: Scaling to 1mm attaching URBN Scale to 1mm | | URBAN_000004335 | URBAN_000004355 | | | |
| P-257 | Le Tote | none | Closing Slide Deck | | none | none | Objections reserved pending exchange of closing slide decks | | |
| P-258 | Le Tote | 4/13/2018 | Email from Brett Northart to Charlie Bowman and Rakesh Tondon Fwd: Re: Deeper Tech Call | | LeTote_000008219 | LeTote_000008219 | | | |

Case 2:20-cv-03009-NIQA   Document 157   Filed 03/28/24   Page 16 of 29
Le Tote, Inc. v. Urban Outfitters, Inc., 2:20-cv-03009
Amended Joint Exhibit List Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(iii)

| Trial Ex. | Party Offering Proposed Exhibit | Date | Description | Confidentiality | Bates Begin | Bates End | Objection(s) | Counter-Objection(s) | Notes |
|---|---|---|---|---|---|---|---|---|---|
| D-1 | Urban | | Strapless Inc DBA Le Tote Profit and Loss 2013 - 2014 | | LeTote_016693 | LeTote_016693 | Relevance, Confusion, Waste of Time (Rules 401 and 403) | •Evidence is relevant if: (a) it has any tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is of consequence in determining the action. FRE 401.<br>•Le Tote's financial records are admissible both as a business record and party admission relevant to the issue of Le Tote's financial health and the parties' negotiations. Le Tote has questioned whether Urban's negotiations were in good faith. This and other financial records of Le Tote are relevant to Le Tote's claims for exemplary damages. | |
| D-2 | Urban | 4/2/2018 | 2018 SEC Form 10-K Filing of Urban Outfitters | none | none | none | | | |
| D-3 | Urban | 6/11/2018 | SEC Form 10-Q Filing of Urban Outfitters for the Quarterly Period Ended April 30, 2018 | none | none | none | | | |
| D-4 | Urban | 6/30/2020 | SEC Form 10-Q Filing of Urban Outfitters for the Quarterly Period Ended April 30, 2020 | none | none | none | | | |
| D-5 | Urban | 9/9/2020 | SEC Form 10-Q Filing of Urban Outfitters for the Quarterly Period Ended July 31, 2020 | none | none | none | | | |
| D-6 | Urban | 12/10/2020 | SEC Form 10-Q Filing of Urban Outfitters for the Quarterly Period Ended October 31, 2020 | none | none | none | | | |
| D-7 | Urban | 12/10/2021 | SEC Form 10-Q Filing of Urban Outfitters for the Quarterly Period Ended October 31, 2021 | none | none | none | | | |
| D-8 | Urban | 6/9/2022 | SEC Form 10-Q Filing of Urban Outfitters for the Quarterly Period Ended April 30, 2022 | none | none | none | | | |
| D-9 | Urban | 9/9/2022 | SEC Form 10-Q Filing of Urban Outfitters for the Quarterly Period Ended July 31, 2022 | none | none | none | | | |
| D-10 | Urban | 4/20/2018 | Email from Rakesh Tondon to Ali Wasti, Bill Malloy III, Brett Northart, Brian Nugent, Clement Tang, Dave Atchison, John Trbovich, Mike Kwatinetz, and James Tagliani re: Fundraising and Strategic Process Update | | LeTote_019537 | LeTote_019538 | Relevance (Rule 401) *as to information regarding any other potential investor besdies Urban* | | |
| D-11 | Urban | 5/4/2018 | Email from Frank Conforti to Dave Hayne and Rakesh Tondon re: Call Le Tote | | URBAN_000006640 | URBAN_000006640 | | | |
| D-12 | Urban | September 2019 | Project French Revolution Presentation | | LeTote_000661 | LeTote_000717 | Relevance, Confusion, Waste of Time (Rules 401 and 403) | •Evidence is relevant if: (a) it has any tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is of consequence in determining the action. FRE 401.<br>•This document is relevant to Le Tote's damages claims.<br>•To the extent Le Tote advances a theory at trial that Urban's conduct contributed to its subsequent bankruptcy filing, this document, Le Tote's acquisition of Lord and Taylor, and its subsequent financial hardship are relevant. | |
| D-13 | Urban | 5/5/2018 | Email from James Tagliani to Rakesh Tondon re: Model | | LeTote_026544 | LeTote_026546 | Relevance, Confusion, Waste of Time (Rules 401 and 403) | •Evidence is relevant if: (a) it has any tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is of consequence in determining the action. FRE 401.<br>•This document is relevant to Le Tote's damages claims.<br>•Le Tote has questioned whether Urban's negotiations were in good faith. This and other financial records of Le Tote are relevant to Le Tote's claims for exemplary damages.<br>•To the extent Le Tote advances a theory at trial that Urban's conduct contributed to its subsequent bankruptcy filing, this document, Le Tote's acquisition of Lord and Taylor, and its subsequent financial hardship are relevant. | CORRECTED |

Case 2:20-cv-03009-NIQA   Document 157   Filed 03/28/24   Page 17 of 29
Le Tote, Inc. v. Urban Outfitters, Inc., 2:20-cv-03009
Amended Joint Exhibit List Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(iii)

| Trial Ex. | Party Offering Proposed Exhibit | Date | Description | Confidentiality | Bates Begin | Bates End | Objection(s) | Counter-Objection(s) | Notes |
|---|---|---|---|---|---|---|---|---|---|
| D-14 | Urban | 11/26/2018 | Email from James Tagliani to Sara Lynn Malott re: RIF Timeline | | LeTote_025791 | LeTote_025791 | Relevance, Confusion, Waste of Time (Rules 401 and 403) | •Evidence is relevant if: (a) it has any tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is of consequence in determining the action. FRE 401. •This document is relevant to Le Tote's damages claims. •Le Tote has questioned whether Urban's negotiations were in good faith. This and other financial records of Le Tote are relevant to Le Tote's claims for exemplary damages. •To the extent Le Tote advances a theory at trial that Urban's conduct contributed to its subsequent bankruptcy filing, this document, Le Tote's acquisition of Lord and Taylor, and its subsequent financial hardship are relevant. | |
| D-15 | Urban | | Reduction in Force Timeline | | LeTote_025792 | LeTote_025792 | Relevance, Confusion, Waste of Time (Rules 401 and 403) | •Evidence is relevant if: (a) it has any tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is of consequence in determining the action. FRE 401. •This document is relevant to Le Tote's damages claims. •Le Tote has questioned whether Urban's negotiations were in good faith. This and other financial records of Le Tote are relevant to Le Tote's claims for exemplary damages. •To the extent Le Tote advances a theory at trial that Urban's conduct contributed to its subsequent bankruptcy filing, this document, Le Tote's acquisition of Lord and Taylor, and its subsequent financial hardship are relevant. | |
| D-16 | Urban | 4/13/2018 | Email from Jenn Grasso to Shyam Sundar re: Fwd: Re: Deeper Tech Call | | LeTote_008463 | LeTote_008463 | | | |
| D-17 | Urban | 4/15/2018 | Email from Brett Northart to Dave Hayne, Charlie Bowman, Jenn Grasso, and Rakesh Tondon re: Le Tote Tech Deck | | LeTote_008221 | LeTote_008245 | | | |
| D-18 | Urban | March 27-28, 2018 | Le Tote Visit Agenda | | LeTote_008202 | LeTote_008203 | | | |
| D-19 | Urban | 4/6/2018 | Email from Brett Northart to Miran Ahmad, Jana, James Tagliani, Ruth Hartman, Nick Fairbaim, Charlie Bowman, Rakesh Tondon | | LeTote_005458 | LeTote_005458 | | | |
| D-20 | Urban | April 10-11, 2018 | Le Tote + Urban Whiteboarding Agenda | | LeTote_005459 | LeTote_005461 | | | |
| D-21 | Urban | 1/29/2019 | Email from Rakesh Tondon to Charlie Bowman and Brett Northart re: Docs for L&T | | LeTote_018586 | LeTote_018630 | Relevance, Confusion, Waste of Time (Rules 401 and 403) | •Evidence is relevant if: (a) it has any tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is of consequence in determining the action. FRE 401. •This document is relevant to Le Tote's claims that Urban's diligence requests were exorbitant and/or not made in good faith. | CORRECTED |
| D-22 | Urban | 5/6/2018 | Email from Rakesh Tondon to Bill Malloy III, Brian Nugent, Brett Northart, Mike Kwatinetz, Dave Atchison, James Tagliani, John Trbovich, and Clement Tang re: Le Tote - Next Steps (Cost Cutting & Strategic Options) | | LeTote_020069 | LeTote_020069 | Relevance, Confusion, Waste of Time (Rules 401 and 403) | •Evidence is relevant if: (a) it has any tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is of consequence in determining the action. FRE 401. •This document is relevant to Le Tote's damages claims. •Le Tote has questioned whether Urban's negotiations were in good faith. This and other financial records of Le Tote are relevant to Le Tote's claims for exemplary damages. •To the extent Le Tote advances a theory at trial that Urban's conduct contributed to its subsequent bankruptcy filing, this document, Le Tote's acquisition of Lord and Taylor, and its subsequent financial hardship are relevant. | |

Case 2:20-cv-03009-NIQA   Document 157   Filed 03/28/24   Page 18 of 29
Le Tote, Inc. v. Urban Outfitters, Inc., 2:20-cv-03009
Amended Joint Exhibit List Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(iii)

| Trial Ex. | Party Offering Proposed Exhibit | Date | Description | Confidentiality | Bates Begin | Bates End | Objection(s) | Counter-Objection(s) | Notes |
|---|---|---|---|---|---|---|---|---|---|
| D-23 | Urban | | Revenue Reports | | LeTote_020070 | LeTote_020070 | Relevance, Confusion, Waste of Time (Rules 401 and 403) | •Evidence is relevant if: (a) it has any tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is of consequence in determining the action. FRE 401. •This document is relevant to Le Tote's damages claims. •Le Tote has questioned whether Urban's negotiations were in good faith. This and other financial records of Le Tote are relevant to Le Tote's claims for exemplary damages. •To the extent Le Tote advances a theory at trial that Urban's conduct contributed to its subsequent bankruptcy filing, this document, Le Tote's acquisition of Lord and Taylor, and its subsequent financial hardship are relevant. | |
| D-24 | Urban | | Le Tote Board Presentation | | LeTote_020071 | LeTote_020085 | Relevance, Confusion, Waste of Time (Rules 401 and 403) | •Evidence is relevant if: (a) it has any tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is of consequence in determining the action. FRE 401. •This document is relevant to Le Tote's damages claims. •Le Tote has questioned whether Urban's negotiations were in good faith. This and other financial records of Le Tote are relevant to Le Tote's claims for exemplary damages. •To the extent Le Tote advances a theory at trial that Urban's conduct contributed to its subsequent bankruptcy filing, this document, Le Tote's acquisition of Lord and Taylor, and its subsequent financial hardship are relevant. | |
| D-25 | Urban | 5/14/2018 | Email from Rakesh Tondon to Rachel Hassas re: Checking-In | | LeTote_028041 | LeTote_028042 | Relevance, Confusion, Waste of Time (Rules 401 and 403) | •Evidence is relevant if: (a) it has any tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is of consequence in determining the action. FRE 401. •This document is relevant to Le Tote's damages claims. •Le Tote has questioned whether Urban's negotiations were in good faith. This and other financial records of Le Tote are relevant to Le Tote's claims for exemplary damages. •To the extent Le Tote advances a theory at trial that Urban's conduct contributed to its subsequent bankruptcy filing, this document, Le Tote's acquisition of Lord and Taylor, and its subsequent financial hardship are relevant. | |
| D-26 | Urban | 8/30/2020 | Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed in *In re Le Tote, Inc. et al.*, No. 20-33332-KLP (Bankr. E.D. Va.) at ECF No. 273 | none | none | none | Relevance, Confusion, Waste of Time (Rules 401 and 403) | •Evidence is relevant if: (a) it has any tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is of consequence in determining the action. FRE 401. •This order is relevant to the question of ownership of Le Tote's alleged trade secrets, an essential element of its statutory claims. | |

Case 2:20-cv-03009-NIQA Document 157 Filed 03/28/24 Page 19 of 29
Le Tote, Inc. v. Urban Outfitters, Inc., 2:20-cv-03009
Amended Joint Exhibit List Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(iii)

| Trial Ex. | Party Offering Proposed Exhibit | Date | Description | Confidentiality | Bates Begin | Bates End | Objection(s) | Counter-Objection(s) | Notes |
|---|---|---|---|---|---|---|---|---|---|
| D-27 | Urban | 5/8/2018 | Email from Rakesh Tondon to Bill Malloy III, Brian Nugent, Brett Northart, James Tagliani, Mike Kwatinetz, Dave Atchison, and John Trbovich re: Le Tote - Analysis and Recommendation for Board | | LeTote_055002 | LeTote_055010 | Relevance, Confusion, Waste of Time (Rules 401 and 403) | •Evidence is relevant if: (a) it has any tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is of consequence in determining the action. FRE 401. •This document is relevant to Le Tote's damages claims. •Le Tote has questioned whether Urban's negotiations were in good faith. This and other financial records of Le Tote are relevant to Le Tote's claims for exemplary damages. •To the extent Le Tote advances a theory at trial that Urban's conduct contributed to its subsequent bankruptcy filing, this document, Le Tote's acquisition of Lord and Taylor, and its subsequent financial hardship are relevant. | |
| D-28 | Urban | 1/29/2018 | Email from Rakesh Tondon to Joshua Tanzer, Brett Northart, Amy Cozamanis, Sreene Ranganathan, Joachim Over, Brian Thom, Payam Vadi, Miran Ahmad, and Armin Kohan re: Project Thermal Process Tracker | | LeTote_022745 | LeTote_022750 | Relevance, Confusion, Waste of Time (Rules 401 and 403) | •Evidence is relevant if: (a) it has a fact more or le ss probable than it would be without the evidence; and (b) the fact is of consequence in determining the action. FRE 401. •This document is relevant to Le Tote's damages claims. •Le Tote has questioned whether Urban's negotiations were in good faith. This and other financial records of Le Tote are relevant to Le Tote's claims for exemplary damages. | |
| D-29 | Urban | 8/2/2020 | Declaration of Ed Kremer, Chief Restructuring Officer of Le Tote, Inc. filed in *In re Le Tote, Inc. et al.*, No. 20-33332-KLP (Bankr. E.D. Va.) at ECF No. 15 | none | none | none | Relevance, Confusion, Waste of Time (Rules 401 and 403) | •Evidence is relevant if: (a) it has any tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is of consequence in determining the action. FRE 401. •This document is relevant to Le Tote's damages claims. •Le Tote has questioned whether Urban's negotiations were in good faith. This and other financial records of Le Tote are relevant to Le Tote's claims for exemplary damages. •To the extent Le Tote advances a theory at trial that Urban's conduct contributed to its subsequent bankruptcy filing, this document, Le Tote's acquisition of Lord and Taylor, and its subsequent financial hardship are relevant. | |

| Trial Ex. | Party Offering Proposed Exhibit | Date | Description | Confidentiality | Bates Begin | Bates End | Objection(s) | Counter-Objection(s) | Notes |
|---|---|---|---|---|---|---|---|---|---|
| D-30 | Urban | 5/10/2016 | YouTube video titled "Le Tote Warehouse Tour – Part 1," available at https://www.youtube.com/watch?v=KhaZadQWVAs | none | none | none | Hearsay (Rules 801, 802 and 805); Lack of Foundation (Rule 901); Authenticity/Requirement of Original (Rule 1002); Relevance; Confusion; Waste of Time (Rules 401 and 403) | •Comments by Le Tote representatives depicted in this video qualify as an exception to the rule against hearsay. FRE 801(d) (Exception for Admission by a Party-Opponent). •The rule against hearsay does not apply because this video is not being introduced to prove the truth of the matter asserted. Rather this video is evidence that Le Tote's processes and technologies over which it now seeks trade secret protection were not kept secret. •A proper foundation will be laid at trial. •The attached download investigator information provides sufficient proof that the video Urban seeks to introduce into evidence is an identical copy of the original which was posted publicly online. •Evidence is relevant if: (a) it has any tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is of consequence in determining the action. FRE 401. This video is relevant to among other things, the measures Le Tote took to preserve the secrecy of its alleged trade secrets. | |
| D-31 | Urban | 9/15/2022 | YouTube Video Download Investigator Information for YouTube video titled "Le Tote Warehouse Tour – Part 1" | none | none | none | Hearsay (Rules 801, 802 and 805); Lack of Foundation (Rule 901); Authenticity/Requirement of Original (Rule 1002); Relevance; Confusion; Waste of Time (Rules 401 and 403) | •Comments by Le Tote representatives depicted in this video qualify as an exception to the rule against hearsay. FRE 801(d) (Exception for Admission by a Party-Opponent). •The rule against hearsay does not apply because this video is not being introduced to prove the truth of the matter asserted. Rather this video is evidence that Le Tote's processes and technologies over which it now seeks trade secret protection were not kept secret. •A proper foundation will be laid at trial. •The attached download investigator information provides sufficient proof that the video Urban seeks to introduce into evidence is an identical copy of the original which was posted publicly online. •Evidence is relevant if: (a) it has any tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is of consequence in determining the action. FRE 401. This video is relevant to among other things, the measures Le Tote took to preserve the secrecy of its alleged trade secrets. | |

Case 2:20-cv-03009-NIQA   Document 157   Filed 03/28/24   Page 21 of 29
Le Tote, Inc. v. Urban Outfitters, Inc., 2:20-cv-03009
Amended Joint Exhibit List Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(iii)

| Trial Ex. | Party Offering Proposed Exhibit | Date | Description | Confidentiality | Bates Begin | Bates End | Objection(s) | Counter-Objection(s) | Notes |
|---|---|---|---|---|---|---|---|---|---|
| D-32 | Urban | 5/10/2016 | YouTube video titled "Le Tote Warehouse Tour – Part 3," available at https://www.youtube.com/watch?v=hkzQuYfud1E | none | none | none | Hearsay (Rules 801, 802 and 805); Lack of Foundation (Rule 901); Authenticity/Requirement of Original (Rule 1002); Relevance; Confusion; Waste of Time (Rules 401 and 403) | •Comments by Le Tote representatives depicted in this video qualify as an exception to the rule against hearsay. FRE 801(d) (Exception for Admission by a Party-Opponent). •The rule against hearsay does not apply because this video is not being introduced to prove the truth of the matter asserted. Rather this video is evidence that Le Tote's processes and technologies over which it now seeks trade secret protection were not kept secret. •A proper foundation will be laid at trial. •The attached download investigator information provides sufficient proof that the video Urban seeks to introduce into evidence is an identical copy of the original which was posted publicly online. •Evidence is relevant if: (a) it has any tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is of consequence in determining the action. FRE 401. This video is relevant to among other things, the measures Le Tote took to preserve the secrecy of its alleged trade secrets. | |
| D-33 | Urban | 9/15/2022 | YouTube Video Download Investigator Information for YouTube video titled "Le Tote Warehouse Tour – Part 3" | none | none | none | Hearsay (Rules 801, 802 and 805); Lack of Foundation (Rule 901); Authenticity/Requirement of Original (Rule 1002); Relevance; Confusion; Waste of Time (Rules 401 and 403) | •Comments by Le Tote representatives depicted in this video qualify as an exception to the rule against hearsay. FRE 801(d) (Exception for Admission by a Party-Opponent). •The rule against hearsay does not apply because this video is not being introduced to prove the truth of the matter asserted. Rather this video is evidence that Le Tote's processes and technologies over which it now seeks trade secret protection were not kept secret. •A proper foundation will be laid at trial. •The attached download investigator information provides sufficient proof that the video Urban seeks to introduce into evidence is an identical copy of the original which was posted publicly online. •Evidence is relevant if: (a) it has any tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is of consequence in determining the action. FRE 401. This video is relevant to among other things, the measures Le Tote took to preserve the secrecy of its alleged trade secrets. | |

Case 2:20-cv-03009-NIQA   Document 157   Filed 03/28/24   Page 22 of 29
Le Tote, Inc. v. Urban Outfitters, Inc., 2:20-cv-03009
Amended Joint Exhibit List Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(iii)

| Trial Ex. | Party Offering Proposed Exhibit | Date | Description | Confidentiality | Bates Begin | Bates End | Objection(s) | Counter-Objection(s) | Notes |
|---|---|---|---|---|---|---|---|---|---|
| D-34 | Urban | 5/10/2016 | YouTube video titled "Le Tote Warehouse Tour – Part 2," available at https://www.youtube.com/watch?v=rwXV3ugcVp4 | none | none | none | Hearsay (Rules 801, 802 and 805); Lack of Foundation (Rule 901); Authenticity/Requirement of Original (Rule 1002); Relevance; Confusion; Waste of Time (Rules 401 and 403) | •Comments by Le Tote representatives depicted in this video qualify as an exception to the rule against hearsay. FRE 801(d) (Exception for Admission by a Party-Opponent). •The rule against hearsay does not apply because this video is not being introduced to prove the truth of the matter asserted. Rather this video is evidence that Le Tote's processes and technologies over which it now seeks trade secret protection were not kept secret. •A proper foundation will be laid at trial. •The attached download investigator information provides sufficient proof that the video Urban seeks to introduce into evidence is an identical copy of the original which was posted publicly online. •Evidence is relevant if: (a) it has any tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is of consequence in determining the action. FRE 401. This video is relevant to among other things, the measures Le Tote took to preserve the secrecy of its alleged trade secrets. | |
| D-35 | Urban | 9/15/2022 | YouTube Video Download Investigator Information for YouTube video titled "Le Tote Warehouse Tour – Part 2" | none | none | none | Hearsay (Rules 801, 802 and 805); Lack of Foundation (Rule 901); Authenticity/Requirement of Original (Rule 1002); Relevance; Confusion; Waste of Time (Rules 401 and 403) | •Comments by Le Tote representatives depicted in this video qualify as an exception to the rule against hearsay. FRE 801(d) (Exception for Admission by a Party-Opponent). •The rule against hearsay does not apply because this video is not being introduced to prove the truth of the matter asserted. Rather this video is evidence that Le Tote's processes and technologies over which it now seeks trade secret protection were not kept secret. •A proper foundation will be laid at trial. •The attached download investigator information provides sufficient proof that the video Urban seeks to introduce into evidence is an identical copy of the original which was posted publicly online. •Evidence is relevant if: (a) it has any tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is of consequence in determining the action. FRE 401. This video is relevant to among other things, the measures Le Tote took to preserve the secrecy of its alleged trade secrets. | |
| D-36 | Urban | 3/21/2018 | Email from David Hayne to Joe Stratter Fwd: Record interview - Jen Hyman | | URBAN_0000004658 | URBAN_0000004659 | Hearsay (Rules 801, 802 and 805); Lack of Foundation (Rule 901); Relevance; Confusion; Waste of Time (Rules 401 and 403) | •Evidence which is not introduced to prove the truth of the matter asserted is not hearsay. This document is evidence of some of the independent research Urban did into the fashion rental industry. •Evidence is relevant if: (a) it has any tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is of consequence in determining the action. FRE 401. Urban's independent research is relevant to Le Tote's claims of misuse. •Proper foundation will be established at trial. | |

Case 2:20-cv-03009-NIQA Document 157 Filed 03/28/24 Page 23 of 29
Le Tote, Inc. v. Urban Outfitters, Inc., 2:20-cv-03009
Amended Joint Exhibit List Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(iii)

| Trial Ex. | Party Offering Proposed Exhibit | Date | Description | Confidentiality | Bates Begin | Bates End | Objection(s) | Counter-Objection(s) | Notes |
|---|---|---|---|---|---|---|---|---|---|
| D-37 | Urban | 5/21/2018 | Email from Melanie Marein Efron to Melinda Deters, Kellen Wadach, Josiah Nedd, Dave Hayne, Joe Stratter re: Background on Rental Including Views of processing facilities | | URBAN_0000005837 | URBAN_0000005837 | Hearsay (Rules 801, 802 and 805); Lack of Foundation (Rule 901); Relevance, Confusion, Waste of Time (Rules 401 and 403) | •Evidence which is not introduced to prove the truth of the matter asserted is not hearsay. This document is both evidence of the public availability of Le Tote's processes online and Urban's knowledge of YouTube videos depicting Le Tote's processes/independent research of the industry. •Evidence is relevant if: (a) it has any tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is of consequence in determining the action. FRE 401. Urban's independent research is relevant to Le Tote's claims of misuse. •Proper foundation will be established at trial. | |
| D-38 | Urban | 7/15/2022 | Project Thermal Subpoena Response | Highly Confidential | DataSite_000001 | DataSite_000002 | Hearsay (Rules 801, 802 and 805); Lack of Foundation (Rule 901); Relevance, Confusion, Waste of Time (Rules 401 and 403) | Document explains the scope and provides clarity with regard to D-39, to which Le Tote has not objected. | |
| D-39 | Urban | 8/1/2018 | External User List Report | Highly Confidential | DataSite_000014 | DataSite_000014 | | | |
| D-40 | Urban | 4/23/2018 | Preliminary Valuation Materials - Project Thermal | Highly Confidential | GoldmanSachs_00042 | GoldmanSachs_00081 | | | |
| D-41 | Urban | 3/29/2018 | Email from Rakesh Tondon to Joachim Over, Armin Kohan, Brett Northart, Brian Thom, Cameron Lester, Miran Ahmad, Sreene Ranganathan re: Urban | | LeTote_018929 | LeTote_018929 | | | |
| D-42 | Urban | | Architecture Diagram | Highly Confidential - Attorneys' Eyes Only | PromptWorks0000475 | PromptWorks0000475 | Lack of Foundation (Rule 901); Authenticity/Requirement of Original (Rule 1002) | •Proper authentication and foundation will be established at trial. | |
| D-43 | Urban | 6/25/2019 | Email from Hannah Hamilton to Jordan Deodato, Kimberly Gallagher, Kelley Martin re: Quick Check-In | | URBAN_000009429 | URBAN_000009431 | Relevance (Rule 401); Hearsay (Rule 802) | •The document is not being introduced to prove the truth of the matter asserted and thus is not hearsay. Rather, it is evidence of Nuuly's reliance upon third-party consultants to develop and launch Nuuly, which is directly relevant to addressing Le Tote's allegations of an alleged head start. | |
| D-44 | Urban | | Marketing Launch Timeline | | URBAN_000009432 | URBAN_000009432 | | | |
| D-45 | Urban | 7/29/2019 | Email from David Hayne to Richard Hayne, Margaret Hayne, Francis Conforti, Calvin Hollinger, Azeez Hayne, Melanie Marein-Efron, Susan Kuhn, Trish Donnelly, Hillary Super, Keith Spirgel, Denise Albright, Sheila Harrington, Omar Tover, John Ziel, Barbara Rozsas, Matt Strode, John Devine, Demosthenes Lymberopoulos, Stefan Laban, Sam Aqua, Krissy Meehan-Mashinsky re: Nuuly Launch Update | | URBAN_000015653 | URBAN_000015654 | | | |
| D-46 | Urban | | Launch Story Cadence | | URBAN_000015655 | URBAN_000015655 | Relevance (Rule 401); Hearsay (Rule 802) | •Urban's business records are an exception to the rule against hearsay. •Document is relevant to Urban's timeline to develop and launch Nuuly. | |
| D-47 | Urban | 5/21/2019 | Nuuly May Press Release: URBN Launches Nuuly, A Subscription Rental Service for Womens' Apparel | | URBAN_000018464 | URBAN_000018467 | Relevance (Rule 401); Hearsay (Rule 802) | •Urban's business records are an exception to the rule against hearsay. •Document is relevant to Urban's timeline to develop and launch Nuuly. | |
| D-48 | Urban | 11/18/2021 | Urban's First Set of Interrogatories to Le Tote | none | none | none | Relevance (Rule 401) | •Evidence is relevant if: (a) it has any tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is of consequence in determining the action. FRE 401. •Document is relevant to the scope of Le Tote's discovery responses pertaining to its claimed trade secrets. | |
| D-49 | Urban | 12/20/2021 | Le Tote's Responses and Objections to Urban's First Set of Interrogatories | none | none | none | | | |
| D-50 | Urban | 3/31/2022 | Le Tote's Supplemental Responses to Urban's First Set of Interrogatories with Verification of R. Tondon | none | none | none | | | |

Case 2:20-cv-03009-NIQA  Document 157  Filed 03/28/24  Page 24 of 29
Le Tote, Inc. v. Urban Outfitters, Inc., 2:20-cv-03009
Amended Joint Exhibit List Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(iii)

| Trial Ex. | Party Offering Proposed Exhibit | Date | Description | Confidentiality | Bates Begin | Bates End | Objection(s) | Counter-Objection(s) | Notes |
|---|---|---|---|---|---|---|---|---|---|
| D-51 | Urban | 5/13/2022 | Urban's Second Set of Interrogatories to Le Tote | none | none | none | Relevance (Rule 401) | •Evidence is relevant if: (a) it has any tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is of consequence in determining the action. FRE 401. •Document is relevant to the scope of Le Tote's discovery responses pertaining to its claimed trade secrets. | |
| D-52 | Urban | 6/6/2022 | Le Tote's Responses to Urban's Second Set of Interrogatories with Verification of R. Tondon | none | none | none | | | |
| D-53 | Urban | 11/30/2022 | Expert Rebuttal Report of Stephen T. Hopper, P.E. | Confidential | none | none | Hearsay (Rules 801,802 and 805) | The Expert Rebuttal Report of Stephen T. Hopper, P.E. shows sufficient indicia of trustworthiness to be admitted as reliable hearsay, and would assist the trier of fact in understanding industry standards/knowledge of Le Tote's alleged trade secrets. | |
| D-54 | Urban | 11/30/2022 | Expert Rebuttal Report of Carlyn Irwin | Highly Confidential - Attorneys' Eyes Only | none | none | Hearsay (Rules 801,802 and 805) | The Expert Rebuttal Report of Carlyn Irwin shows sufficient indicia of trustworthiness to be admitted as reliable hearsay, and would assist the trier of fact in understanding Le Tote's damages claims. | |
| D-55 | Urban | 2005 | "Streamline Warehouse Operations: On-Demand," Deposco | Confidential | HOPPER_000001 | HOPPER_000002 | Hearsay (Rules 801, 802 and 805); Lack of Foundation (Rule 901); Relevance, Confusion, Waste of Time (Rules 401 and 403) | •Statements in learned treatises, periodicals, or pamphlets relied upon by an expert witness and established as a reliable authority are an exception to the rule against hearsay. FRE 803(18). •Proper foundation will be laid at trial. •Evidence is relevant if: (a) it has any tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is of consequence in determining the action. FRE 401. This, and other treatises and pamphlets relied upon by Urban's expert, are relevant to, among other things, whether the technologies and processes over which Le Tote claims trade secret protection were widely known throughout the warehousing industry. | |
| D-56 | Urban | 2022 | Non-Nuuly Brands Returns Data and Nuuly Returns Data | Confidential | HOPPER_000003 | HOPPER_000004 | Hearsay (Rules 801, 802 and 805); Lack of Foundation (Rule 901); Relevance, Confusion, Waste of Time (Rules 401 and 403) | •Urban's business records are an exception to the rule against hearsay. •Proper foundation will be established at trial. •Evidence is relevant if: (a) it has any tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is of consequence in determining the action. FRE 401. This data is relevant to the question of Urban's experience processing returns, prior to and apart from any discussions with Le Tote. | |
| D-57 | Urban | 3/12/2003 | "The 2003 Global Warehouse Management Magic Quadrant," Gartner | none | none | none | Document not produced; all objections reserved | •Urban was under no obligation to produce publicly available documents, such that Le Tote's reservation of objections on the grounds that the document was not produced is meaningless. Any objection as to admissibility has been waived. | |
| D-58 | Urban | 1998 | Arnold Maltz, PhD, The Changing Role of Warehousing, WERC | none | none | none | Document not produced; all objections reserved | •Urban was under no obligation to produce publicly available documents, such that Le Tote's reservation of objections on the grounds that the document was not produced is meaningless. Any objection as to admissibility has been waived. | |
| D-59 | Urban | 2014 | Gwynne Richards, Warehouse Management, Second Edition, KoganPage | none | none | none | Document not produced; all objections reserved | •Urban was under no obligation to produce publicly available documents, such that Le Tote's reservation of objections on the grounds that the document was not produced is meaningless. Any objection as to admissibility has been waived. | |

Case 2:20-cv-03009-NIQA  Document 157  Filed 03/28/24  Page 25 of 29
Le Tote, Inc. v. Urban Outfitters, Inc., 2:20-cv-03009
Amended Joint Exhibit List Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(iii)

| Trial Ex. | Party Offering Proposed Exhibit | Date | Description | Confidentiality | Bates Begin | Bates End | Objection(s) | Counter-Objection(s) | Notes |
|---|---|---|---|---|---|---|---|---|---|
| D-60 | Urban | 10/23/2014 | "How to Create the Optimal Short Range UHF RFID System," atlasRFIDstore | none | none | none | Document not produced; all objections reserved | •Urban was under no obligation to produce publicly available documents, such that Le Tote's reservation of objections on the grounds that the document was not produced is meaningless. Any objection as to admissibility has been waived. | |
| D-61 | Urban | 7/5/2011 | "Hugo Boss Steps Up Efficiency with RFID," Logistics Manager | none | none | none | Hearsay (Rules 801, 802 and 805); Lack of Foundation (Rule 901); Relevance, Confusion, Waste of Time (Rules 401 and 403) | •Statements in learned treatises, periodicals, or pamphlets relied upon by an expert witness and established as a reliable authority are an exception to the rule against hearsay. FRE 803(18). •Proper foundation will be laid at trial. •Evidence is relevant if: (a) it has any tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is of consequence in determining the action. FRE 401. This, and other treatises and pamphlets relied upon by Urban's expert, are relevant to, among other things, whether the technologies and processes over which Le Tote claims trade secret protection were widely known throughout the warehousing industry. | |
| D-62 | Urban | 11/28/2017 | Ian Banks and Julia Koskella (Editors), A New Textiles Economy: Redesigning Fashion's Future, The Ellen Macarthur Foundation | none | none | none | Hearsay (Rules 801, 802 and 805); Lack of Foundation (Rule 901); Relevance, Confusion, Waste of Time (Rules 401 and 403) | •Statements in learned treatises, periodicals, or pamphlets relied upon by an expert witness and established as a reliable authority are an exception to the rule against hearsay. FRE 803(18). •Proper foundation will be laid at trial. •Evidence is relevant if: (a) it has any tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is of consequence in determining the action. FRE 401. This, and other treatises and pamphlets relied upon by Urban's expert, are relevant to, among other things, whether the technologies and processes over which Le Tote claims trade secret protection were widely known throughout the warehousing industry. | |
| D-63 | Urban | 8/7/2018 | "The Indispensable Role of WMS in Reverse Logistics," Veridian | none | none | none | Hearsay (Rules 801, 802 and 805); Lack of Foundation (Rule 901); Relevance, Confusion, Waste of Time (Rules 401 and 403) | •Statements in learned treatises, periodicals, or pamphlets relied upon by an expert witness and established as a reliable authority are an exception to the rule against hearsay. FRE 803(18). •Proper foundation will be laid at trial. •Evidence is relevant if: (a) it has any tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is of consequence in determining the action. FRE 401. This, and other treatises and pamphlets relied upon by Urban's expert, are relevant to, among other things, whether the technologies and processes over which Le Tote claims trade secret protection were widely known throughout the warehousing industry. | |
| D-64 | Urban | 2012 | "Industrial RFID Enhances Garment Handling," Pepperl+Fuchs | none | none | none | Hearsay (Rules 801, 802 and 805); Lack of Foundation (Rule 901); Relevance, Confusion, Waste of Time (Rules 401 and 403) | •Statements in learned treatises, periodicals, or pamphlets relied upon by an expert witness and established as a reliable authority are an exception to the rule against hearsay. FRE 803(18). •Proper foundation will be laid at trial. •Evidence is relevant if: (a) it has any tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is of consequence in determining the action. FRE 401. This, and other treatises and pamphlets relied upon by Urban's expert, are relevant to, among other things, whether the technologies and processes over which Le Tote claims trade secret protection were widely known throughout the warehousing industry. | |

Case 2:20-cv-03009-NIQA   Document 157   Filed 03/28/24   Page 26 of 29
Le Tote, Inc. v. Urban Outfitters, Inc., 2:20-cv-03009
Amended Joint Exhibit List Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(iii)

| Trial Ex. | Party Offering Proposed Exhibit | Date | Description | Confidentiality | Bates Begin | Bates End | Objection(s) | Counter-Objection(s) | Notes |
|---|---|---|---|---|---|---|---|---|---|
| D-65 | Urban | 2004 | James A. Tompkins, PhD, and Dale A. Harmelink (Editors), The Supply Chain Handbook, Tompkins Press | none | none | none | Document not produced; all objections reserved | •Urban was under no obligation to produce publicly available documents, such that Le Tote's reservation of objections on the grounds that the document was not produced is meaningless. Any objection as to admissibility has been waived. | |
| D-66 | Urban | 1994 | James A. Tompkins, PhD, and Dale A. Harmelink (Editors), The Distribution Management Handbook, McGraw-Hill | none | none | none | Document not produced; all objections reserved | •Urban was under no obligation to produce publicly available documents, such that Le Tote's reservation of objections on the grounds that the document was not produced is meaningless. Any objection as to admissibility has been waived. | |
| D-67 | Urban | 1984 | James A. Tompkins, PhD, and John A. White, PhD, Facilities Planning, First Edition, John Wiley & Sons | none | none | none | Document not produced; all objections reserved | •Urban was under no obligation to produce publicly available documents, such that Le Tote's reservation of objections on the grounds that the document was not produced is meaningless. Any objection as to admissibility has been waived. | |
| D-68 | Urban | 1996 | James A. Tompkins, PhD, and John A. White, PhD, Facilities Planning, Second Edition, John Wiley & Sons | none | none | none | Document not produced; all objections reserved | •Urban was under no obligation to produce publicly available documents, such that Le Tote's reservation of objections on the grounds that the document was not produced is meaningless. Any objection as to admissibility has been waived. | |
| D-69 | Urban | 2004 | James R. Stock, Product Returns/Reverse Logistics in Warehousing, WERC | none | none | none | Document not produced; all objections reserved | •Urban was under no obligation to produce publicly available documents, such that Le Tote's reservation of objections on the grounds that the document was not produced is meaningless. Any objection as to admissibility has been waived. | |
| D-70 | Urban | 2/27/2012 | "Magic Quadrant for Warehouse Management Systems," Gartner | none | none | none | Document not produced; all objections reserved | •Urban was under no obligation to produce publicly available documents, such that Le Tote's reservation of objections on the grounds that the document was not produced is meaningless. Any objection as to admissibility has been waived. | |
| D-71 | Urban | 1/21/2016 | "Magic Quadrant for Warehouse Management Systems," Gartner | none | none | none | Document not produced; all objections reserved | •Urban was under no obligation to produce publicly available documents, such that Le Tote's reservation of objections on the grounds that the document was not produced is meaningless. Any objection as to admissibility has been waived. | |
| D-72 | Urban | 2/13/2017 | "Magic Quadrant for Warehouse Management Systems," Gartner | none | none | none | Document not produced; all objections reserved | •Urban was under no obligation to produce publicly available documents, such that Le Tote's reservation of objections on the grounds that the document was not produced is meaningless. Any objection as to admissibility has been waived. | |
| D-73 | Urban | 5/2/2018 | "Magic Quadrant for Warehouse Management Systems," Gartner | none | none | none | Document not produced; all objections reserved | •Urban was under no obligation to produce publicly available documents, such that Le Tote's reservation of objections on the grounds that the document was not produced is meaningless. Any objection as to admissibility has been waived. | |
| D-74 | Urban | 4/21/2022 | "Returns of Online Purchases by Category in the U.S. in 2022," Statistica | none | none | none | Document not produced; all objections reserved | •Urban was under no obligation to produce publicly available documents, such that Le Tote's reservation of objections on the grounds that the document was not produced is meaningless. Any objection as to admissibility has been waived. | |
| D-75 | Urban | 1/10/2017 | "WMS in the Cloud Will Go Mainstream in 2017," Supply Chain Digest | none | none | none | Document not produced; all objections reserved | •Urban was under no obligation to produce publicly available documents, such that Le Tote's reservation of objections on the grounds that the document was not produced is meaningless. Any objection as to admissibility has been waived. | |
| D-76 | Urban | 5/13/2002 | "WMS Magic Quadrant: It's Still a Changing Market," Gartner | none | none | none | Document not produced; all objections reserved | •Urban was under no obligation to produce publicly available documents, such that Le Tote's reservation of objections on the grounds that the document was not produced is meaningless. Any objection as to admissibility has been waived. | |

Le Tote, Inc. v. Urban Outfitters, Inc., 2:20-cv-03009
Amended Joint Exhibit List Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(iii)

| Trial Ex. | Party Offering Proposed Exhibit | Date | Description | Confidentiality | Bates Begin | Bates End | Objection(s) | Counter-Objection(s) | Notes |
|---|---|---|---|---|---|---|---|---|---|
| D-77 | Urban | 4/22/2000 | "The WMS Market: Key Trends for 2000," Gartner | none | none | none | Document not produced; all objections reserved | •Urban was under no obligation to produce publicly available documents, such that Le Tote's reservation of objections on the grounds that the document was not produced is meaningless. Any objection as to admissibility has been waived. | |
| D-78 | Urban | 1/20/2016 | YouTube video: "Will Plus-Size Wardrobe Rental Disrupt Fashion Industry?" by CBS Mornings, available at https://www.youtube.com/watch?v=y_Nz2k3K4o4 | none | none | none | Hearsay (Rules 801, 802 and 805); Lack of Foundation (Rule 901); Authenticity/Requirement of Original (Rule 1002); Relevance; Confusion; Waste of Time (Rules 401 and 403) | •Evidence which is not introduced to prove the truth of the matter asserted is not hearsay. This video is evidence that the use of laundry processes, GOH storage, and tracking of garments at the individual garment level, among other systems and processes, were widely known throughout the industry. This video also was part of Urban's independent knowledge base that contributed to its development of Nuuly.<br>•Such knowledge is relevant to determining whether Le Tote's alleged trade secrets are entitled to trade secret protection.<br>•Proper foundation will be established at trial. | |
| D-79 | Urban | | "Le Tote leverages AI to fuel personalization and innovation" by Brielle Jaekel, available at https://www.retaildive.com/ex/mobilecommercedaily/le-tote-leverages-ai-to-fuel-personalization-and-innovation | none | none | none | Hearsay (Rules 801,802 and 805) | •Document is not being introduced to prove the truth of the matter asserted (i.e., is not hearsay), but rather is evidence regarding Le Tote's lack of secrecy surrounding its alleged trade secrets. | |
| D-80 | Urban | 1/1/2017 | Soliman, Mohamed, "Combining User-Centered and Persuasive Design for Enhancing Consumer-facing Products," available at https://www.researchgate.net/publication/327513370_Combining_User-Centered_and_Persuasive_Design_for_Enhancing_Consumer-facing_Products | none | none | none | Hearsay (Rules 801,802 and 805) | •Document is not being introduced to prove the truth of the matter asserted (i.e., is not hearsay), but rather is evidence regarding Le Tote's lack of secrecy surrounding its alleged trade secrets. | corrected date |
| D-81 | Urban | 5/17/2017 | "Data powers Le Tote's personalization to keep members, vendors happy" by Jacqueline Renfrow, available at https://www.fierceretail.com/technology/le-tote-s-data-keeps-members-vendors-happy | none | none | none | Document not produced; all objections reserved | •Urban was under no obligation to produce publicly available documents, such that Le Tote's reservation of objections on the grounds that the document was not produced is meaningless. Any objection as to admissibility has been waived. | |
| D-82 | Urban | 2019 | "What are fashion rentals and how are they thriving? Le Tote Case Study" by Garance Gilliot, available at https://dial.uclouvain.be/memoire/ucl/en/object/thesis%3A21089 | none | none | none | Hearsay (Rules 801, 802 and 805); Lack of Foundation (Rule 901); Authenticity/Requirement of Original (Rule 1002); Relevance; Confusion; Waste of Time (Rules 401 and 403) | •<br>Document is not being introduced to prove the truth of the matter asserted (i.e., is not hearsay), but rather is evidence that the same information over which Le Tote claims trade secret protection is easily derived from public sources.<br>•Proper foundation will be established at trial.<br>•Document is relevant to the use/breach element of Le Tote's surviving claims. | |
| D-83 | Urban | 4/8/2019 | "Introducing CaaStle: Former Gwynnie Bee pushing the retail envelope" by Mary Sterenberg, available at https://www.columbusceo.com/story/business/2019/04/08/introducing-caastle-former-gwynnie-bee/5431457007/ | none | none | none | Hearsay (Rules 801, 802 and 805); Lack of Foundation (Rule 901); Authenticity/Requirement of Original (Rule 1002); Relevance; Confusion; Waste of Time (Rules 401 and 403) | •Document is not being introduced to prove the truth of the matter asserted (i.e., is not hearsay).<br>•Proper foundation will be established at trial.<br>•Document is relevant to whether Le Tote's alleged trade secrets are entitled to trade secret protection. | |

Case 2:20-cv-03009-NIQA   Document 157   Filed 03/28/24   Page 28 of 29
Le Tote, Inc. v. Urban Outfitters, Inc., 2:20-cv-03009
Amended Joint Exhibit List Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(iii)

| Trial Ex. | Party Offering Proposed Exhibit | Date | Description | Confidentiality | Bates Begin | Bates End | Objection(s) | Counter-Objection(s) | Notes |
|---|---|---|---|---|---|---|---|---|---|
| D-84 | Urban | 8/28/2019 | YouTube video: "Today Inside the Booming Business of Clothing Rental" by TODAY, available at https://www.youtube.com/watch?v=Vax5wLceYI0 | none | none | none | Hearsay (Rules 801, 802 and 805); Lack of Foundation (Rule 901); Authenticity/Requirement of Original (Rule 1002); Relevance; Confusion; Waste of Time (Rules 401 and 403) | •Evidence which is not introduced to prove the truth of the matter asserted is not hearsay. This video is evidence that the use of laundry processes, GOH storage, and tracking of garments at the individual garment level, among other systems and processes were widely known throughout the industry. •This inquiry is relevant to determining whether Le Tote's alleged trade secrets are entitled to trade secret protection. •Proper foundation will be established at trial. | |
| D-85 | Urban | 12/9/2019 | Article published by Bloomberg, "You Have Three Years to Save Lord & Taylor. What Do You Do?" by Kim Bhasin and Jordyn Holman | none | none | none | Hearsay (Rules 801, 802 and 805); Lack of Foundation (Rule 901); Authenticity/Requirement of Original (Rule 1002); Relevance; Confusion; Waste of Time (Rules 401 and 403) | •Evidence is relevant if: (a) it has any tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is of consequence in determining the action. FRE 401. •This document is relevant to Le Tote's damages claims. •To the extent Le Tote advances a theory at trial that Urban's conduct contributed to its subsequent bankruptcy filing, this document, Le Tote's acquisition of Lord and Taylor, and its subsequent financial hardship are relevant. | |
| D-86 | Urban | 1/13/2020 | "The Story of the Nerves Project & What Brought Me to Very" by Justin Schneck, available at https://www.verypossible.com/iot-insights/the-story-of-the-nerves-project-what-brought-me-to-very | none | none | none | Hearsay (Rules 801, 802 and 805); Lack of Foundation (Rule 901); Authenticity/Requirement of Original (Rule 1002); Relevance; Confusion; Waste of Time (Rules 401 and 403) | •Evidence which is not introduced to prove the truth of the matter asserted is not hearsay. This document is evidence regarding the public availability of the information over which Le Tote has claimed trade secret protection. •This inquiry is relevant to determining whether Le Tote's alleged trade secrets are entitled to trade secret protection. •Proper foundation will be established at trial. | |
| D-87 | Urban | 2013 | H. Thomas Watson and Karen M. Bray, "Trade Secret Misappropriation Damages, and The Underused 'Head Start' Doctrine Defense," Verdict | none | none | none | Document not produced; all objections reserved | •Urban was under no obligation to produce publicly available documents, such that Le Tote's reservation of objections on the grounds that the document was not produced is meaningless. Any objection as to admissibility has been waived. | |
| D-88 | Urban | 6/20/2019 | Email from Azeez Hayne to group re Bristol Update 6.19 | | URBAN_000007067 | URBAN_000007068 | | | |
| D-89 | Urban | 7/7/2019 | Email from David Hayne to group re Nuuly Launch Update | | URBAN_000007130 | URBAN_000007131 | | | |
| D-90 | Urban | 5/7/2019 | Email from Brian Horton to group re Global Supply Chain SteerCo | | URBAN_000007547 | URBAN_000007548 | | | |
| D-91 | Urban | 5/8/2019 | Global Supply Chain Executive Steering Committee Presentation | Highly Confidential | URBAN_000007549 | URBAN_000007583 | | | |
| D-92 | Urban | 5/11/2022 | Notice of Deposition of Le Tote, Inc. pursuant to Federal Rule of Civil Procedure 30(b)(6) | none | none | none | Relevance, Confusion, Waste of Time (Rules 401 and 403) | •Evidence is relevant if: (a) it has any tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is of consequence in determining the action. FRE 401. •This document is relevant to the scope of testimony offered by Le Tote's 30(b)(6) witnesses. | |
| D-93 | Urban | | Willamette Forensic Analysis Insights | none | none | none | Document not produced; all objections reserved | •Urban was under no obligation to produce publicly available documents, such that Le Tote's reservation of objections on the grounds that the document was not produced is meaningless. Any objection as to admissibility has been waived. | |
| D-94 | Urban | 2018 | The Sedona Conference Journal, "Disputed Issues in Awarding Unjust Enrichment Damages in Trade Secret Cases" | none | none | none | Document not produced; all objections reserved | •Urban was under no obligation to produce publicly available documents, such that Le Tote's reservation of objections on the grounds that the document was not produced is meaningless. Any objection as to admissibility has been waived. | |
| D-95 | Urban | | Document titled "Receipt Message Integration" | | URBAN_000019076 | URBAN_000019076 | | | |
| D-96 | Urban | | Document titled "Order Inquiry" | | URBAN_000019077 | URBAN_000019079 | | | |
| D-97 | Urban | | Document titled "Transport Creation" | | URBAN_000019086 | URBAN_000019088 | | | |
| D-98 | Urban | | Document titled "Login and Navigation" | | URBAN_000019116 | URBAN_000019116 | | | |

Le Tote, Inc. v. Urban Outfitters, Inc., 2:20-cv-03009
Amended Joint Exhibit List Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(iii)

| Trial Ex. | Party Offering Proposed Exhibit | Date | Description | Confidentiality | Bates Begin | Bates End | Objection(s) | Counter-Objection(s) | Notes |
|---|---|---|---|---|---|---|---|---|---|
| D-99 | Urban | | Document titled "PO & ASN Inquiry" | | URBAN_000019117 | URBAN_000019121 | | | |
| D-100 | Urban | | Document titled "Test Wash" | | URBAN_000019122 | URBAN_000019124 | | | |
| D-101 | Urban | | Document titled "Receiving" | | URBAN_000019125 | URBAN_000019128 | | | |
| D-102 | Urban | | Document titled "Inventory Transfers" | | URBAN_000019137 | URBAN_000019137 | | | |
| D-103 | Urban | | Document titled "Location Inquiry" | | URBAN_000019138 | URBAN_000019141 | | | |
| D-104 | Urban | | Document titled "Move & Put-Away" | | URBAN_000019142 | URBAN_000019143 | | | |
| D-105 | Urban | | Document titled "Location Creation" | | URBAN_000019146 | URBAN_000019149 | | | |
| D-106 | Urban | | Document titled "Launcher Application" | | URBAN_000019150 | URBAN_000019150 | | | |
| D-107 | Urban | | Document titled "Measure" | | URBAN_000019166 | URBAN_000019169 | | | |
| D-108 | Urban | | Document titled "Returns Management" | | URBAN_000019170 | URBAN_000019171 | | | |
| D-109 | Urban | | Document titled "Garment Retirement" | | URBAN_000019173 | URBAN_000019175 | | | |
| D-110 | Urban | | Document titled "Navigation, Authentication, and Authorization" | | URBAN_000019176 | URBAN_000019178 | | | |
| D-111 | Urban | | Document titled "Dynamic Pricing" | | URBAN_000019179 | URBAN_000019182 | Relevance, Confusion, Waste of Time (Rules 401 and 403) | •Le Tote has yet to describe with particularity the trade secrets it alleges Urban misappropriated, to the extent Le Tote seeks to introduce evidence of alleged misappropriation with respect to any pricing algorithm, this document is relevant. | |
| D-112 | Urban | | Le Tote Profit and Loss, Balance Sheet, Statement of Cash Flows June 2017 - May 2019 (24 Months) | | LeTote_016092 | LeTote_016092 | | | |
| D-113 | Urban | 4/3/2018 | Email from David Hayne to Dick Hayne, Frank Conforti, Melanie Marein-Efron, Joe Stratter, Kim Gallagher, Chloe Thompson, Azeez Hayne Re: Le Tote DC Videos | | URBAN_000004721 | URBAN_000004721 | Incomplete (Rule 106); Relevance; Confusion; Waste of Time (Rules 401 and 403) | •Part of statement to be introduced to make complete not identified. •Evidence is relevant if: (a) it has any tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is of consequence in determining the action. FRE 401. Urban's independent research is relevant to Le Tote's claims of misuse. •Proper foundation will be established at trial. | |
| D-114 | Urban | | Le Tote Income Statement, Revenue, COGS, OPEX, Headcount 2014-2016 | | LeTote_000015925 | LeTote_000015925 | | | |
| D-115 | Urban | none | Closing Slide Deck | | none | none | Objections reserved pending exchange of closing slide decks | | |