IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LE TOTE, INC.** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 20-3009** |
| **v.** | : | |
| | : | |
| **URBAN OUTFITTERS, INC.** | : | |
| *Defendant* | : | |

# CIVIL JUDGMENT

**AND NOW**, this 11th day of April 2024, in accordance with the unanimous jury verdict by interrogatory rendered on this day, it is hereby **ORDERED** that **JUDGMENT** is entered in favor of Defendant Urban Outfitters, Inc., and against Plaintiff Le Tote, Inc.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*